LATHAM & WATKINS LLP
  Kevin C. Wheeler (Bar No. 261177)
    kevin.wheeler@lw.com
  Patricia Young (Bar No. 291265)
    patricia.young@lw.com
  Blake R. Davis (Bar No. 294360)
    blake.davis@lw.com
  Allison K. Harms (Bar No. 299214)
    allison.harms@lw.com
  Benjamin M. Alred (Bar No. 324869)
    ben.alred@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone:  +1.650.328.4600
Fax: +1.650.463.2600

*Attorneys for Plaintiff Netgear, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETGEAR INC., | CASE NO.   2:23-cv-2540 |
| Plaintiffs, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | **DEMAND FOR JURY TRIAL** |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LIMITED, TP-LINK USA CORPORATION, and TP-LINK RESEARCH INSTITUTE USA CORP. | Action Filed: |
| Defendants. | |

1   Netgear, Inc. ("Netgear"), for its Complaint against TP-Link Technologies
2   Co., Ltd.; TP-Link Corporation Limited f/k/a TP-Link International Limited;
3   TP-Link USA Corporation; and TP-Link Research Institute USA Corp. d/b/a
4   TP-Link Research America Corp. (collectively "TP-Link" or "Defendants"),
5   demands a jury trial and alleges as follows:

6   **INTRODUCTION**

7   1.    Since its founding in 1996, by Chairman and CEO Patrick Lo and CTO
8   Mark Merrill, Netgear has supplied home and business consumers with internet
9   networking and connection solutions around the world.  From its roots as a small
10   U.S. start-up, Netgear has grown into a global business helping to make the
11   founders' vision of an online utopia where the "internet drives everything" a reality.
12   Netgear products can be found in approximately 24,000 retail locations across the
13   globe and through multiple major cable, mobile, and internet service providers.
14   Based in San Jose, California, Netgear provides home consumers the fastest, easy-
15   to-use networking technology for superior wireless connectivity, streaming, and
16   digital storage solutions.  Similarly, Netgear's technology and products allow
17   business consumers to share ideas, information, and access safely; connect remote
18   locations securely; and provide their employees the tools necessary to perform
19   efficiently and effectively, all without the necessity of a large IT department.  By
20   developing its technology and products, Netgear has become an industry leader in
21   the wireless networking industry, particularly with regard to home and consumer
22   Wi-Fi networks and devices.  In the years ending on December 31, 2021, 2020, and
23   2019, Netgear generated net revenue of $1.17 billion, $1.26 billion, and $998.8
24   million, respectively.  Netgear is constantly innovating to improve its products and
25   services.  Recognizing the strength of the technology it developed, Netgear invested
26   nearly $93 million in research and development in 2021 and $89 million in 2020.

27   2.    With Netgear's hard-fought success, competitors, like TP-Link, have
28   attempted to free ride off Netgear's innovative technology.  TP-Link designs,

1  develops, manufactures, sells, imports, and/or offer to sell in the United States Wi-
2  Fi networking routers and devices that infringe the Netgear's patents.  TP-Link,
3  according to its website in 2020, was ranked as "the No. 1 provider of Wi-Fi
4  devices*, supplying distribution to more than 170 countries and serving billions of
5  people worldwide."

6
### About TP-Link

7  Founded in 1996, TP-Link is a global provider of reliable networking devices and accessories, involved in all aspects of everyday life. The company is consistently ranked by analyst firm IDC as the No. 1 provider of Wi-Fi devices*, supplying distribution to more than 170 countries and serving billions of people worldwide.

8  With a proven heritage of stability, performance and value, TP-Link has curated a portfolio of products that meet the networking needs of all individuals. Now, as the connected lifestyle continues to evolve, the company is expanding today to exceed the demands of tomorrow.

9  To know more about us, you could get regional contact information from "Contact Us" part.

   For media request, please mail to pr.usa@tp-link.com.

10 *According to latest published IDC Worldwide Quarterly WLAN Tracker Report, Q2 2018 Final Release.

11 (see  e.g.,  https://www.tp-link.com/us/about-us/corporate-profile/,  last  accessed
12 March 31, 2023).  Unlike Netgear TP-Link did not become a global supplier of Wi-
13 Fi devices by innovating and developing its own products, but rather by
14 implementing Netgear's intellectual property into its products without authorization.

15       3.      Now, TP-Link threatens Netgear and its business.  TP-Link took
16 Netgear's inventions and incorporated it into its own competing products.  As set
17 forth below, TP-Link's Wi-Fi networking products and systems, including at least
18 Wi-Fi routers, Wi-Fi devices, and mesh Wi-Fi network devices, infringe Netgear's
19 patents.  Even worse, on information and belief, TP-Link knew of and studied
20 Netgear's products and patented technology before incorporating it into TP-Link's
21 infringing products.  Netgear asks this Court to protect its invention and halt
22 TP-Link's willful and infringing conduct.

23                      **<ins>NATURE OF THE ACTION</ins>**

24       4.      This is a civil action for patent infringement arising under the Patent
25 Laws of the United States, 35 U.S.C. § 1, et seq., based on Defendants' willful
26 infringement of U.S. Patent No. 7,936,714 (the "'714 Patent"), U.S. Patent
27 No. 10,681,698 (the "'698 Patent"), U.S. Patent No. 10,278,179 (the "'179 Patent"),
28 U.S. Patent No. 9,468,025 (the "'025 Patent"), U.S. Patent No. 10,327,242 (the

1  "'242 Patent") and U.S. Patent No. 10,356,681 (the "'681 Patent") (collectively, the
2  "Asserted Patents"), and inducement and contribution thereto, by the unauthorized
3  manufacture, use, offer for sale, sale, and/or importation of Defendants' infringing
4  products accused herein ("the Accused Products").

5  **THE PARTIES**

6      5.      Plaintiff Netgear Inc. is a Delaware corporation with a principal place
7  of business at 350 East Plumeria Drive, San Jose, CA 95134.

8      6.      On information and belief, Defendant TP-Link Technologies Co., Ltd.
9  is a Chinese corporation and is headquartered at South Building, No. 5 Keyuan Road,
10  Central  Zone  Science  &  Technology  Park  Nanshan,  Shenzhen,  Guangdong
11  Province, 518057 China.

12      7.      On information and belief, Defendant TP-Link USA Corporation is a
13  California corporation headquartered at 10 Mauchly, Irvine, CA 92618, and a wholly
14  owned subsidiary of TP-Link Technologies Co., Ltd..

15      8.      On information and belief, Defendant TP-Link Corporation Limited
16  f/k/a TP-Link International Limited is a corporation organized and existing under
17  the laws of Hong Kong, headquartered at Room 901, 9/F., New East Ocean Centre,
18  9 Science Museum Road, Tsim Sha Tsui, Kowloon, Hong Kong.

19      9.      On information and belief, Defendant TP-Link Research America
20  Corp. is a California corporation headquartered at 245 Charcot Ave., San Jose, CA
21  95131.

22  **JURISDICTION AND VENUE**

23      10.      The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 271,
24  *et seq*.,1331 and 1338.

25      11.      This Court has personal jurisdiction over TP-Link because it is doing
26  and has done substantial business in this District, including relating to the sale,
27  distribution, use, installation and/or repair of the Accused Products.  On information
28  and belief, TP-Link maintains a research and development office in this District and

operates in the United States out of its headquarters at 10 Mauchly, Irvine, CA 92618. (*See, e.g.,* https://partner.tp-link.com/in/contactus.html, last accessed March 31, 2023).  TP-Link has continuous and systematic business contacts with the state of California, directly or through subsidiaries and intermediaries such as retailers, including by regularly and continuously transacting and doing business in the State of California, including this District, and conducts business in California by shipping, distributing, offering for sale, selling, advertising, using, installing, and repairing the Accused Products in the State of California, including the Central District of California.  TP-Link, directly or through subsidiaries and intermediaries such as retailers, has purposefully and voluntarily placed the Accused Products into the stream of commerce with the intention and expectation that they will be purchased and used by consumers, including in the Central District of California. For example, on information and belief, TP-Link sells and offers for sale its infringing products to customers in this District, through its website and distribution partners that have physical locations in this District.  (*See, e.g.,* https://www.tp-link.com/us/where-to-buy/#Retailers, last accessed March 31, 2023).  Accordingly, this Court has specific jurisdiction over TP-Link in connection with this action and its contacts with California are continuous and systematic to such an extent that TP-Link is subject to the general jurisdiction of the State of California and this Court. Therefore, the exercise of jurisdiction over TP-Link is appropriate under the applicable jurisdictional statutes and would not offend traditional notions of fair play and substantial justice.

12.    Additionally, this Court has personal jurisdiction over at least defendants TP-Link USA Corporation and TP-Link Research Institute USA Corp. because on information and belief each is a California corporation.

13.    Venue is proper for claims of patent infringement in this District pursuant to 28 U.S.C. §§ 1391(b) & (c) and/or 1400(b).  Defendants TP-Link Technologies Co., Ltd. And TP-Link Corporation Limited f/k/a TP-Link

International Limited are Chinese companies so venue is proper in any judicial district in the United States.  Defendants TP-Link USA Corporation and TP-Link Research Institute USA Corp. are incorporated and headquartered in California, with TP-Link USA Corporation headquartered in this District at 10 Mauchly, Irvine, CA 92618.

14.    Moreover, TP-Link has committed, and continues to commit, acts of patent infringement within this District and maintains a regular and established place of business in this District.  TP-Link actively markets and sells infringing products to customers across the United States, including in this District.  TP-Link intends to and does advertise, demonstrate, offer for sale, and sell the infringing products and services to customers in this District.  TP-Link intends for customers to use the infringing products in the infringing manner within this District and, on information and belief, its customers do so.

## ASSERTED PATENTS

### A.    U.S. Patent No. 7,936,714

15.    The United States Patent and Trademark Office, after full and fair examination, duly and legally issued U.S. Patent No. 7,936,714 (the "'714 Patent"), titled "Spectrum Allocation System and Method for Multi-band Wireless RF Data Communications," to inventors Randy J. Karr, Jean-Francois Grenon, and Frank D. Cole on May 3, 2011.  The '714 Patent issued from Application No. 10/095,307, filed on March 11, 2002.  A true and correct copy of the '714 Patent is attached as Exhibit 1.

16.    Netgear owns by assignment all rights, title, and interest in the '714 Patent with full rights to enforce the '714 Patent and sue to recover for past, present, and future damages.

17.    The '714 Patent is valid and enforceable.

18.    The '714 Patent is generally directed to novel wireless data communication systems with increased capacity for wireless data communication

through concurrent communication on separate radio frequency bands.  Prior art wireless communication systems transmitted and received on the same band either on separate frequencies or at separate times using prior art multiplexing methods, and did not appreciate the benefit of simultaneous communication on radio bands of disparate frequencies.

19.    The '714 Patent improves on prior art wireless communication systems by, *inter alia*, transmitting and receiving on two bands, one expected to experience high interference and the other expected to experience low interference, wherein those two bands are separated by at least one radio frequency octave.  This novel use of at least two bands separated by at least one radio frequency octave for concurrent transmission and reception in the '714 Patent was not well understood, routine or conventional.  It is an improvement that allows practical implementations of wireless data communication devices with concurrent communications on separate radio bands because it allows use of the full bandwidth, in each band, to an operator, also increasing efficiency and capacity of wireless communication systems.  The '714 Patent determined that using bands separated by at least one frequency octave allows more efficient use of the electromagnetic (EM) spectrum by preventing interference between concurrent transmit and receive signals, which could otherwise interfere with the other, greatly reducing the need for expensive components such as exotic filters.  The novel limitations of the '714 Patent invention, including the separation of two bands by at least one frequency octave, improve the capacity of a wireless communication system while addressing spectrum limitations, congestion problems, and enable the size and cost of data communications devices to be reduced.  By increasing the available communication capacity of a wireless communication network, the '714 Patent provides faster, higher quality communication for end users.

## B.    U.S. Patent No. 10,681,698

20.    The United States Patent and Trademark Office, after full and fair

examination, duly and legally issued U.S. Patent No. 10,681,698, titled "Dedicated Backhaul for Whole Home Coverage," to inventors Joseph Amalan Arul Emmanuel and Peiman Amini on June 9, 2020.  The '698 Patent issued from Application No. 15/940,890, filed on March 29, 2018.  A true and correct copy of the '698 Patent is attached as Exhibit 2.

21.   Netgear owns by assignment all rights, title, and interest in the '698 Patent with full rights to enforce the '698 Patent and sue to recover for past, present, and future damages.

22.   The '698 Patent is valid and enforceable.

23.   The '698 Patent is generally directed to establishing and maintaining a dedicated backhaul for whole home coverage in a mesh Wi-Fi system.  In the home, mesh networking systems typically comprise a central access point or gateway with links to various other access points (or nodes).  The mesh network often establishes a wireless backhaul communication to exchange data communications between the different access points.  Prior to the '698 Patent, these backhaul communications were transferred over a shared communications channel that would be used both for backhaul and client-facing communications, resulting in inefficiencies and lower data transfer rates.  Additionally, a mesh network is typically difficult to set up and maintain, especially when the intermediate links between the edge and the access point are added, such as when intermediate repeaters relay traffic between the access point and a remote repeater that is out of range of the access point.

24.   The '698 Patent improves on prior art mesh networks using novel and unconventional techniques for establishing and maintaining a dedicated backhaul for mesh wireless networks, where the dedicated backhaul channel is used to transfer data packets between respective access points.  The dedicated backhaul variously applies optimization techniques such as ensuring the received signal strength indication (RSSI) of this dedicated backhaul channel is above a predetermined threshold.  In some embodiments, the mesh network will use the 5 GHz high band

or low band as the dedicated backhaul or even the 2.4 GHz band as a backup.  In other embodiments, the mesh network will use a daisy chain or star topology for communication to further improve link quality.  The novel inventions of the '698 Patent provide significant technical improvements for mesh network devices, including higher data transfer rates and a more efficient means of communications than previously allowed by the prior art.

C.    **U.S. Patent No. 10,278,179**

25.    The United States Patent and Trademark Office, after full and fair examination, duly and legally issued U.S. Patent No. 10,278,179, titled "Dedicated Backhaul Link for a Robust Wireless Mesh Network," to inventors Peiman Amini and Joseph Amalan Arul Emmanuel on April 30, 2019.  The '179 Patent issued from Application No. 15/287,711, filed on October 6, 2016.  A true and correct copy of the '179 Patent is attached as Exhibit 3.

26.    Netgear owns by assignment all rights, title, and interest in the '179 Patent with full rights to enforce the '179 Patent and sue to recover for past, present, and future damages.

27.    The '179 Patent is valid and enforceable.

28.    The '179 Patent is generally directed to methods and devices for implementing a dedicated backhaul in a wireless mesh network formed with one or more mesh points.  In the past, consumers would typically use a singular access point or gateway, such as a router, to provide wireless internet access to their client devices.  However, when the area is sufficiently large such that a singular access point may not provide the best coverage resulting in dead spots, an attractive alternative is deploying a multitude of access points throughout the area that communicate with one another and provide coverage to the entire area.  In some embodiments, additional implementation techniques of this mesh network are provided such as link rate estimation, roaming, and a dedicated backhaul channel.  Additionally, some embodiments provide aid to the user in upgrading an existing

mesh network or optimizing the network, such as by controlling which access point the client should associate with, when a client should roam, which topology the network should use, and which band the client should use.

29.    The '179 Patent improves on prior art mesh networks using novel and unconventional techniques for establishing and maintaining backhaul communication links for mesh wireless networks, where a default backhaul channel is used to transfer data packets between respective access points.    The default backhaul variously applies optimization techniques such as ensuring the received signal strength indication (RSSI) of this default backhaul channel is above a predetermined threshold and, if not, establishing alternative backhaul communication links.    Configuration of such a solution is complicated for the layman, and the '179 Patent provides improved and unconventional ways of doing so, including by establishing the forward wireless communication and a backhaul in an optimized configuration.    The novel inventions of the '179 Patent provide significant technical improvements for mesh network devices, including higher data transfer rates and a more efficient means of communications than previously allowed by the prior art.

**D.    U.S. Patent No. 9,468,025**

30.    The United States Patent and Trademark Office, after full and fair examination, duly and legally issued U.S. Patent No. 9,468,025, titled "System and Method for Configuring Device Connections in an Extended Network Environment," to inventors Yu-Te Lin and Bing-Huang Cheng on October 11, 2016. The '025 Patent issued from Application No. 13/974,090, filed on August 23, 2013. A true and correct copy of the '025 Patent is attached as Exhibit 4.

31.    Netgear owns by assignment all rights, title, and interest in the '025 Patent with full rights to enforce the '025 Patent and sue to recover for past, present, and future damages.

32.    The '025 Patent is valid and enforceable.

33.    The '025 Patent is generally directed to systems and methods for providing mesh Wi-Fi users with greater internet speeds by using a processor to identify an access point providing the end user with the highest quality wireless connection.  Prior mesh Wi-Fi network technology did not appreciate the importance of network arrangement to connection speeds – without taking into account the number of access points between the end user and the gateway, the connection speed as measured between an access point, and the end user would not provide the whole picture.

34.    The '025 Patent improves on prior art mesh Wi-Fi networks with multiple access points and accompanying logic and processes by identifying which access point would provide the end user with the highest quality wireless connection, taking into account the arrangement of the access points in the Wi-Fi network.  The '025 Patent facilitates higher quality wireless connection by generating wireless connection quality information for a client device specific to an access point, including access points arranged in such a way that they indirectly connect a client device to a gateway.   Configuration of such a solution is complicated and unconventional, and the '025 Patent provides improved ways of facilitating extended mesh network communications, including by identifying indirect communication paths that provide the highest quality wireless connection for individual wireless devices.  The '025 Patent provides more comprehensive optimization methods for determining which access point of a mesh network provides the best overall connection to the end user, ultimately resulting in greater internet speeds for end users.

E.    **U.S. Patent No. 10,327,242**

35.    The United States Patent and Trademark Office, after full and fair examination, duly and legally issued U.S. Patent No. 10,327,242, titled "Roaming in a Wireless Mesh Network," to inventors Joseph Amalan Arul Emmanuel and Peiman Amini on June 18, 2019.   The '242 Patent issued from Application

No. 15/287,706, filed on October 6, 2016.  A true and correct copy of the '242 Patent is attached as Exhibit 5.

36.   Netgear owns by assignment all rights, title, and interest in the '242 Patent with full rights to enforce the '242 Patent and sue to recover for past, present, and future damages.

37.   The '242 Patent is valid and enforceable.

38.   The '242 Patent is generally directed to innovative methods for providing mesh Wi-Fi users with greater internet speeds and higher connection quality by improving how the mesh network controls and facilitates roaming.  Prior mesh Wi-Fi network technology did not appreciate the benefits provided by increasing the interconnectivity of a network's control system, automatically measuring other available access points instead of waiting until connection dropped below a certain threshold, measuring several quality connection parameters instead of relying on the received signal strength indicator, or tailoring roaming instructions based on the client device's intelligent roaming capabilities.

39.   The '242 Patent improves on prior art techniques using a Wi-Fi network with multiple access points configured to automatically identify which access point provides the end user with the highest quality wireless connection, and instructing the end user's client device to roam from one access point to a second access point when the second access point can provide a higher quality wireless connection than the client device's current access point.  The '242 Patent facilitates roaming by causing a second access point to measure multiple quality connection parameters, regardless of the quality of the client device's current connection.  Then, an interconnected control center compares client device connections and sends a roaming instruction to the client device, tailored to the device's capabilities.  The unconventional techniques of the '242 Patent provide more efficient and effective roaming methods, ultimately resulting in better connection quality, increased network flexibility, and, as a result, higher speeds for end users.

F.    **U.S. Patent No. 10,356,681**

40.    The United States Patent and Trademark Office, after full and fair examination, duly and legally issued U.S. Patent No. 10,356,681, titled "Client Roaming in a Distributed Multi-band Wireless Networking System," to inventors Joseph Amalan Arul Emmanuel and Peiman Amini on July 16, 2019.  The '681 Patent issued from Application No. 15/453,850, filed on March 8, 2017.  A true and correct copy of the '681 Patent is attached as Exhibit 6.

41.    Netgear owns by assignment all rights, title, and interest in the '681 Patent with full rights to enforce the '681 Patent and sue to recover for past, present, and future damages.

42.    The '681 Patent is valid and enforceable.

43.    The '681 Patent is generally directed to innovative systems and methods for providing mesh Wi-Fi users with greater internet speeds by using a series of algorithms to compare internet speeds at a given access point and making decisions at an access point regarding when to switch an end user from one access point to another.  Prior mesh Wi-Fi network technology, including the 802.11k standard, did not appreciate the importance of access-point based client roaming, as opposed to client-centric roaming, or the importance of utilizing a dedicated backhaul channel.

44.    The '681 Patent improves on prior art techniques using a mesh Wi-Fi network that independently decides to switch an end user's client device from one access point to another access point roaming by using a dedicated backhaul channel to facilitate communication between wireless networking devices and to compare internet speeds from a client device to various access points.  The inventions of the '681 Patent include specifying that the decision to switch a client device from one access point to another be made by the mesh Wi-Fi network independent of the client device, and that the network devices that form the mesh network be wirelessly connected by a channel dedicated for communications between said network

devices.  The novel improvements of the '681 Patent provide significant technical improvements for mesh networks, including allowing mesh network devices to more comprehensively determine and efficiently implement roaming behavior of wireless devices in the mesh network than previously allowed by the prior art.  These unconventional techniques in the '681 Patent enable improved mesh Wi-Fi devices with greater roaming capabilities than prior art systems, ultimately resulting in better connection quality, increased network flexibility, and, as a result, higher speeds for end users.

## FACTUAL ALLEGATIONS

45.    The allegations provided below are exemplary and without prejudice to Netgear's infringement contentions provided pursuant to the Court's scheduling order and local rules.  In providing these allegations, Netgear does not convey or imply any particular claim constructions or the precise scope of the claims. Netgear's claim construction contentions regarding the meaning and scope of the claim terms will be provided under the Court's scheduling order and local rules.

46.    The below infringement allegations are based on publicly available information and a reasonable investigation of the structure and operation of the Accused Products.  Netgear reserves the right to modify this description, including, for example, on the basis of information that it obtains during discovery about the Accused Products and the Asserted Patents.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,936,714

47.    Netgear repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

48.    TP-Link has been and continues to, without Netgear's authority, make, use, sell, offer for sale, or import products, including without limitation, TP-Link Dual-Band Products, TP-Link Tri-Band Products, TP-Link Quad-Band Products, TP-Link Penta-Band Products, and TP-Link WiFi 7 Products (the "'714 Accused TP-Link Products") that directly infringe one or more claims of the '714 Patent,

1    literally or under the doctrine of equivalents.

2        49.    On information and belief, the '714 Accused TP-Link Products include

3    at least the following:  Deco BE65, Deco BE85, Deco BE95, Deco E3, Deco M3W,

4    Deco M4, Deco M5, Deco M9 Plus, Deco PX50, Deco P9, Deco W2400, Deco

5    W3600, Deco W6000, Deco W7200,  Deco X20, Deco XE200, Deco XE75, Deco

6    XE75 Pro, Deco XE5300, Deco X60, Deco X25, Deco X80-5G, Deco X90, Deco

7    X5700, Deco X68, Deco X5400 Pro, Deco X4300 Pro, Deco X3600, Deco X50-

8    Outdoor, Deco X50-PoE, Deco X55, Deco S4, Archer A20, Archer A54, Archer A6,

9    Archer A7, Archer A8, Archer A9, Archer AX10, Archer X10000, Archer

10   AX11000, Archer AX1500, Archer AX21, Archer AX3000, Archer AX3000 Pro,

11   Archer AX3200, Archer AX4400, Archer AX50, Archer AX55, Archer AX73,

12   Archer AX75, Archer AX80, Archer AX90, Archer AXE300, Archer AXE75,

13   Archer AXE95, Archer BE550, Archer BE800, Archer C20, Archer C2300, Archer

14   C4000, Archer C50, Archer C54, Archer C5400X, Archer C59, Archer C6, Archer

15   C7, Archer C8, Archer C80, Archer C90, Archer GE800, Archer GX90, Archer

16   BE900, Omada EAP670, Omada EAP660, Omada EAP653, Omada EAP 650,

17   Omada EAP 620, Omada EAP615, Omada EAP610, Omada EAP265, Omada

18   EAP245, Omada EAP235, Omada EAP225, Omada EAP115, TL-WR902AC,

19   TP-Link Deco BE65, Deco BE85, Deco BE95, TP-Link Archer BE900, Archer

20   BE800, Archer GE800, and Archer BE550.

21       50.    TP-Link infringes at least one claim of the '714 Patent. For example,

22   Claim 13 recites:

23       13. A method for increasing capacity of a wireless data
     communication system, said method comprising the steps of:
24

25       transmitting, at a base station, data on a first frequency in a frequency
     band expected to experience low interference;
26

27       receiving, at said base station, data on a second frequency in a
     frequency band expected to experience high interference;
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

wherein said first frequency and said second frequency are separated by at least one octave; and

wherein at least a portion of said receiving and at least a portion of said transmitting occur at the same time.

Exhibit 1 at Claim 13.

51.    The '714 Accused TP-Link Products and TP-Link's infringing activities violate one or more subsections of 35 U.S.C. § 271.

52.    On information and belief, TP-Link directly infringes in violation of 35 U.S.C. § 271(a) at least Claim 13 of the '714 Patent, literally or under the doctrine of equivalents, by using the '714 Accused TP-Link Products in an infringing manner in the United States, including during TP-Link's testing, developing, or other operation of such products.

53.    TP-Link uses the '714 Accused TP-Link Products in a manner that satisfies each and every limitation of at least Claim 13 of the '714 Patent.

54.    As recited by Claim 13 of the '714 Patent, and to the extent the preamble is limiting, TP-Link uses the '714 Accused TP-Link Products to perform a "method for increasing capacity of a wireless data communication system."  For example, TP-Link uses the '714 Accused TP-Link Products to transmit and receive on a 2.4 GHz band and a 5GHz band at the same time, to increase the capacity of wireless data communications over a Wi-Fi network for the reasons discussed below.

55.    As recited by Claim 13 of the '714 Patent, TP-Link uses the '714 Accused TP-Link Products to "transmit[] at a base station, data on a first frequency in a frequency band expected to experience low interference."  For example, the '714 Accused TP-Link Products, such as the TP-Link Deco X90, transmit data to connected user devices and other '714 Accused TP-Link Products over 2.4GHz and 5GHz frequency bands.



*See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90/), last accessed March 31, 2023.

## Wireless

· Wireless Standards: IEEE 802.11a/n/ac/ax 5 GHz,
  IEEE 802.11b/g/n/ax 2.4 GHz

· Mesh protocol: 802.11k/v/r

· Frequency: 2.4 GHz and 5 GHz

· Signal Rate: 4804 Mbps on 5 GHz (1)  + 1201 Mbps on 5 GHz (2) + 574
  Mbps on 2.4 GHz†

· Transmit Power:  FCC: <30 dBm(2.4 GHz), <30 dBm(5 GHz)
  CE: <20 dBm (2.4 GHz), <30 dBm (5 GHz)

· Wireless Security: WPA/WPA2-PSK/WPA3 encryptions

*See e.g., Deco X90 Datasheet*  (https://static.tp-link.com/2020/202010/20201021/Deco%20X90%201.0_Datasheet.pdf), last accessed March 31, 2023.

56.    As an additional example, TP-Link uses the '714 Accused TP-Link Products, such as the TP-Link Deco BE95, to transmit data to connected user devices and other '714 Accused TP-Link Products over 2.4GHz, 5GHz, and 6GHz frequency band.



*See e.g., Deco BE95 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-be95/), last accessed March 31, 2023.

- **16-Stream 33 Gbps Quad-Band WiFi –** 11520 Mbps (6 GHz-1) + 11520 Mbps (6 GHz-2) + 8640 Mbps (5 GHz) + 1148 Mbps (2.4 GHz).[†]

- **Multi-Gig 10 Gbps Network –** 1× 10 Gbps Ethernet/Fiber Combo WAN/LAN port + 1× 10 Gbps WAN/LAN port + 2× 2.5 Gbps ports ensure max flexibility and boosted throughput.[§]

- **Multi-Link Operation (MLO) –** Simultaneously send and receive data across different bands and channels to increase throughput, reduce latency, and improve reliability.[△]

*See e.g., Deco BE95 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-be95/), last accessed March 31, 2023.

57.     As further recited by Claim 13 of the '714 Patent, TP-Link uses the '714 Accused TP-Link Products to "receiv[e], at said base station, data on a second frequency in a frequency band expected to experience high interference."  For example, the '714 Accused TP-Link Products, such as the TP-Link Deco X90, receive data from connected user devices and other Accused TP-Link Multi-Band Products over 2.4GHz and 5GHz frequency bands.





*See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90/), last accessed March 31, 2023.

### Wireless

· Wireless Standards: IEEE 802.11a/n/ac/ax 5 GHz,
  IEEE 802.11b/g/n/ax 2.4 GHz

· Mesh protocol: 802.11k/v/r

· Frequency: 2.4 GHz and 5 GHz

· Signal Rate: 4804 Mbps on 5 GHz (1)  + 1201 Mbps on 5 GHz (2) + 574
  Mbps on 2.4 GHz†

· Transmit Power:  FCC: <30 dBm(2.4 GHz), <30 dBm(5 GHz)
  CE: <20 dBm (2.4 GHz), <30 dBm (5 GHz)

· Wireless Security: WPA/WPA2-PSK/WPA3 encryptions

*See e.g., Deco X90 Datasheet* (https://static.tp-link.com/2020/202010/20201021/Deco%20X90%201.0_Datasheet.pdf), last accessed March 31, 2023.

58.    As an additional example, TP-Link uses the '714 Accused TP-Link Products, such as the TP-Link Deco BE95, to receive data from connected user devices and other Accused TP-Link Multi-Band Products over 2.4GHz, 5GHz, and 6GHz frequency bands.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY



*See e.g., Deco BE95 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-be95/), last accessed March 31, 2023.

- **16-Stream 33 Gbps Quad-Band WiFi –** 11520 Mbps (6 GHz-1) + 11520 Mbps (6 GHz-2) + 8640 Mbps (5 GHz) + 1148 Mbps (2.4 GHz).[†]

- **Multi-Gig 10 Gbps Network –** 1× 10 Gbps Ethernet/Fiber Combo WAN/LAN port + 1× 10 Gbps WAN/LAN port + 2× 2.5 Gbps ports ensure max flexibility and boosted throughput.[§]

- **Multi-Link Operation (MLO) –** Simultaneously send and receive data across different bands and channels to increase throughput, reduce latency, and improve reliability.[△]

*See e.g., Deco BE95 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-be95/), last accessed March 31, 2023.

59.    As further recited by Claim 13 of the '714 Patent, TP-Link uses the '714 Accused TP-Link Products to transmit and receive over a first and second frequency "wherein said first frequency and said second frequency are separated by at least one octave."  For example, the '714 Accused TP-Link Products, such as the TP-Link Deco X90, transmit and receive data over 2.4GH and 5GHz bands.  The 2.4GHz band and the 5GHz band are separated by at least one octave, as the interval

between two frequency bands has a ratio of two-to-one.  As an additional example, the '714 Accused TP-Link Products, such as the TP-Link Deco BE95, transmit and receive data over 2.4GH, 5GHz, and 6GHz bands.  The 2.4GHz band and the 5GHz or 6GHz bands are also separated by at least one octave, as the interval between two frequency bands has a ratio of two-to-one.

60.     Finally, as further recited by Claim 13 of the '714 Patent, TP-Link uses the '714 Accused TP-Link Products to perform "at least a portion of said receiving and at least a portion of said transmitting occur at the same time."  For example, the '714 Accused TP-Link Products, such as the TP-Link Deco X90, simultaneously transmits data to and receives data from connected user devices and other Accused TP-Link Multi-Band Products over the 2.4GHz frequency band and the 5GHz frequency band.



*See e.g., TP-Link X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90/), last accessed March 31, 2023.



*See e.g., TP-Link X90 User Manual* (https://static.tp-link.com/2020/202011/20201126/1910012843_Deco%20X90&Deco%20X5700_UG_V1.pdf), last accessed March 31, 2023.

61.     As an additional example, TP-Link uses the '714 Accused TP-Link Products, such as the TP-Link Deco BE95, to simultaneously transmit data to and receives data from connected user devices and other Accused TP-Link Multi-Band Products over the 2.4GHz frequency band and the 5GHz or 6GHz frequency band.



*See e.g., Deco BE95 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-be95/), last accessed March 31, 2023.

- **16-Stream 33 Gbps Quad-Band WiFi –** 11520 Mbps (6 GHz-1) + 11520 Mbps (6 GHz-2) + 8640 Mbps (5 GHz) + 1148 Mbps (2.4 GHz).[†]

*See e.g., Deco BE95 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-be95/), last accessed March 31, 2023.

| WiFi Speeds | **BE33000**<br>6 GHz-1: 11520 Mbps (802.11be)<br>6 GHz-2: 11520 Mbps (802.11be)<br>5 GHz: 8640 Mbps (802.11be)<br>2.4 GHz: 1148 Mbps (802.11ax) |
| --- | --- |

*See e.g., Deco BE95 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-be95/), last accessed March 31, 2023.

## The Ultimate Backhaul: Stronger and More Flexible

Through our self-developed technology, Deco BE95 can connect a wireless and wired backhaul with each unit simultaneously. What's more, with the latest WiFi 7 MLO technology, the system's wireless and wired combined backhaul aggregation flow rate is increased. This way, it greatly improves overall throughput and reduces latency, delivering broader coverage with more stable and reliable connections.



Wireless and Wired Combined Backhaul

*See e.g., Deco BE95 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-be95/#overview), last accessed March 31, 2023.

62.     Additionally, TP-Link uses the '714 Accused TP-Link Products with Multi-Link Operation, such as the TP-Link Deco BE95, to transmit data to and receive data from user devices over both the 2.4GHz band and the 5GHz or 6GHz bands, or a combination of all three.  As explained on TP-Link's website, using

Multi-Link Operation, the '714 Accused TP-Link Products, such as the TP-Link Deco BE95, enable devices to receive and transmit data using "the 2.4 GHz, 5 GHz, and 6 GHz bands simultaneously increas[ing] throughput, reduces latency, and improves reliability."

> Multi-Link Operation (MLO) solves this dilemma. It enables devices to simultaneously send and receive data across different frequency bands and channels.

> With MLO, WiFi 7 supports establishing multiple links between the Station (STA, such as your phone) and WiFi access point (AP, such as your router). Connecting to the 2.4 GHz, 5 GHz, and 6 GHz bands simultaneously increases throughput, reduces latency, and improves reliability.  It is ideal for emerging applications like VR/AR, online gaming, remote office, and cloud computing.



*See e.g., TP-Link's "What is WiFi 7's Multi-Link Operation MLO" Blog Page* (https://www.tp-link.com/us/blog/1067/what-is-wifi-7-s-multi-link-operation-mlo-/), last accessed March 31, 2023.

> How Can I Use MLO?
> The STA and AP both need to support WiFi 7 and MLO. Notice that the 6 GHz band is not required for MLO. Some WiFi 7 routers may only support one 2.4 GHz band and one or two 5 GHz bands. MLO enables your devices to connect to all the WiFi bands at the same time.

*See e.g., TP-Link's "What is WiFi 7's Multi-Link Operation MLO" Blog Page* (https://www.tp-link.com/us/blog/1067/what-is-wifi-7-s-multi-link-operation-mlo-/), last accessed March 31, 2023.

### 1. Operating Mode



WiFi 7 MLO mainly includes two modes: STR Mode and NSTR Mode.

**(1) STR Mode (Simultaneous Transmit and Receive Operation)**

STR Mode refers to simultaneous transceiver mode or asynchronous mode. That is, two or more links work completely independently, and they don't interfere with each other.

*See e.g., TP-Link's "What is WiFi 7's Multi-Link Operation MLO" Blog Page* (https://www.tp-link.com/us/blog/1067/what-is-wifi-7-s-multi-link-operation-mlo-/), last accessed March 31, 2023.

63.   The above examples of how TP-Link products directly infringe Claim 13 of the '714 Patent are non-limiting and based on information currently available to Netgear.   In particular, additional or different aspects of TP-Link products may be identified that meet the limitations of Claim 13 of the '714 Patent, additional claims of the '714 Patent may be determined to be infringed, and additional TP-Link products may be identified as infringing once additional non-public information is provided through the course of discovery.

64.   TP-Link has had knowledge of the '714 Patent and has been aware that the '714 Accused TP-Link Products infringe one or more claims of the '714 Patent since at least as early as the filing date of this Complaint.

65.   On information and belief, in violation of 35 U.S.C. § 271(b), literally or under the doctrine of equivalents, TP-Link knowingly and intentionally induces infringement of one or more claims of the '714 Patent, including at least Claim 13, by encouraging, instructing, and aiding one or more persons in the United States, including but not limited to end users, customers, and TP-Link employees who test and operate '714 Accused TP-Link Products at the direction of TP-Link, to make, use (including testing those devices and methods), sell, or offer to sell one or more of the 714 Accused TP-Link Products, during or after such article's importation into the United States, in a manner that infringes the '714 Patent.   On information and

1   belief, TP-Link was aware of the '714 Patent or acted with willful blindness as to its

2   existence since at least the filing of Netgear's parallel ITC complaint alleging

3   infringement of the '714 Patent and/or the filing of this Complaint.  On information

4   and belief, TP-Link knew or should have known that its encouraging, instructing,

5   and aiding of users of one or more of the '714 Accused TP-Link Products in the

6   United States in a manner that infringes the '714 Patent, including but not limited to

7   end users, customers, and TP-Link employees who test and operate Accused

8   Products at the direction of TP-Link, to make, use (including testing those devices

9   and methods), sell, or offer to sell one or more of the '714 Accused TP-Link

10  Products, during or after such article's importation into the United States, would

11  result in direct infringement and intended to cause those acts which constitute that

12  direct infringement.

13      66.   For example, TP-Link provides significant support and documentation,

14  such as manuals, guides, webpages, and videos that promote, instruct, and encourage

15  use of the '714 Accused TP-Link Products in an infringing manner.  (*See e.g.*,

16  https://www.tp-link.com/us/support/download/, last accessed March 31, 2023).

17  Through its webpages, manuals, and other documentation promoting its products'

18  infringing simultaneous multi-band communication functionality, TP-Link

19  encourages and instructs its customers to use its products in a manner that infringes

20  the '714 Patent:



*See e.g., TP-Link X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90/), last accessed March 31, 2023.



*See e.g., Deco BE95 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-be95/#overview), last accessed March 31, 2023.

Multi-Link Operation (MLO) solves this dilemma. It enables devices to simultaneously send and receive data across different frequency bands and channels.

With MLO, WiFi 7 supports establishing multiple links between the Station (STA, such as your phone) and WiFi access point (AP, such as your router). Connecting to the 2.4 GHz, 5 GHz, and 6 GHz bands simultaneously increases throughput, reduces latency, and improves reliability.  It is ideal for emerging applications like VR/AR, online gaming, remote office, and cloud computing.



*See e.g., TP-Link's "What is WiFi 7's Multi-Link Operation MLO" Blog Page* (https://www.tp-link.com/us/blog/1067/what-is-wifi-7-s-multi-link-operation-mlo-/), last accessed March 31, 2023.

67.     Additionally, TP-Link induces infringement of the '714 Patent by their customers by configuring the '714 Accused TP-Link Products to operate in a manner that TP-Link knows infringes at least Claim 13 of the '714 Patent.  TP-Link further provides its customers with all the requisite hardware, software, documentation, and instructions to operate the '714 Accused TP-Link Products in the infringing manner. For example, TP-Link provides the '714 Accused TP-Link Products to customers and encourage and instructs those customers to use the TP-Link products with client devices, such as mobile phones and laptops, in a manner that infringes the '714 Patent:

  

*See e.g., TP-Link Deco X90 User Manual* (https://static.tp-link.com/2020/202011/20201126/1910012843_Deco%20X90&Deco%20X5700_UG_V1.pdf), last accessed March 31, 2023.

Manage your main network
(eg. change your Wi-Fi network
name and password)

Enable guest network




*See e.g., TP-Link Deco X90 User Manual* (https://static.tp-link.com/2020/202011/20201126/1910012843_Deco%20X90&Deco%20X5700_UG_V1.pdf), last accessed March 31, 2023.

**How Can I Use MLO?**

The STA and AP both need to support WiFi 7 and MLO.  Notice that the 6 GHz band is not required for MLO.  Some WiFi 7 routers may only support one 2.4 GHz band and one or two 5 GHz bands.  MLO enables your devices to connect to all the WiFi bands at the same time.

*See e.g., TP-Link's "What is WiFi 7's Multi-Link Operation MLO" Blog Page* (https://www.tp-link.com/us/blog/1067/what-is-wifi-7-s-multi-link-operation-mlo-/), last accessed March 31, 2023.

68.    Through the above acts, TP-Link encourages and instructs its customers to use its products in a manner that infringes the '714 Patent, including at least Claim 13.

69.     On information and belief, in violation of 35 U.S.C. §271(c), literally or under the doctrine of equivalents, TP-Link has contributorily infringed and continues to contribute to the infringement of one or more claims of the '714 Patent by offering to sell or selling and/or importing a patented component, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement and not a staple article or commodity of commerce suitable for substantial non-infringing use.  The Accused Products are a material part of practicing at least the methods of Claim 13 of the '714 Patent, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the '714 Accused TP-Link Products are specifically designed and intended to allow for increased capacity in a wireless communication system by separately employing different radio frequency bands to allow for simultaneous transmitting and receiving between a hub and subscribers.

70.     TP-Link actively markets and sells the '714 Accused TP-Link Products to customers across the United States, including in this District.

71.     The '714 Accused TP-Link Products are also available for purchase on websites managed, operated, or controlled by TP-Link.  TP-Link offers to ship the '714 Accused TP-Link Products to any location in the United States, including in this District.

72.     On information and belief, TP-Link has profited from and will continue to profit from its infringing activities.  Netgear has been and will continue to be damaged and irreparably harmed by TP-Link's infringing activities.  As a result, Netgear is entitled to injunctive relief and damages adequate to compensate it for such infringement, in no event less than a reasonable royalty, in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.  The amount of monetary damages TP-Link's acts of infringement have caused to Netgear cannot be determined without an accounting.

73.     The harm to Netgear from TP-Link's ongoing infringing activity is

1    irreparable, continuing, and not fully compensable by money damages, and will

2    continue unless TP-Link's infringing activities are enjoined.

3              **COUNT II – INFRINGEMENT OF U.S. PATENT NO. 10,681,698**

4              74.    Netgear repeats and realleges each and every allegation set forth in the

5    preceding paragraphs as if fully set forth herein.

6              75.    TP-Link has been and continues to, without Netgear's authority, make,

7    use, sell, offer for sale, or import products, including without limitation, TP-Link

8    mesh Wi-Fi products supporting dedicated backhaul communication (the "'698

9    Accused TP-Link Products") that directly infringe one or more claims of the '698

10   Patent, literally or under the doctrine of equivalents.

11             76.    On information and belief, the '698 Accused TP-Link Products include

12   at least the following:  Deco X90, Deco X5700, Deco X68, Deco W7200, Deco M9

13   Plus, Deco X3600, Deco XE75, Deco XE75 Pro, Deco XE5300, Deco XE200, Deco

14   BE65, Deco BE85, Deco BE95, and Omada EAP690E HD.

15             77.    TP-Link infringes at least one claim of the '698 Patent. For example,

16   Claim 1 recites:

17   1. A computer-implemented method for establishing a backhaul
18   communication among nodes in a mesh wireless network, the method
19   comprising:

     performing an attempt to utilize a first channel in a default frequency
20   band as a backhaul with second node in the network, wherein the
21   backhaul is to provide communication of management functions
22   between the nodes in the network, as opposed to a front haul that
23   provides wireless data communication to clients in the network; and

     upon detecting that a received signal strength of the first channel from
24   the second node is below a threshold, performing an attempt to utilize
25   a different channel in the default frequency band and/or a channel in a
26   different frequency band that has a lower frequency range than the
     default frequency band, to establish the backhaul with the second
27   node,

28   wherein, in any of said attempts, channels in a given frequency band

are prioritized based on a corresponding received signal strength.
Exhibit 2 at Claim 1.

78.   The '698 Accused TP-Link Products and TP-Link's infringing activities violate one or more subsections of 35 U.S.C. § 271.

79.   On information and belief, TP-Link directly infringes in violation of 35 U.S.C. § 271(a) at least Claim 1 of the '698 Patent, literally or under the doctrine of equivalents, by using the '698 Accused TP-Link Products in an infringing manner in the United States, including during TP-Link's testing, developing, or other operation of such products.

80.   TP-Link uses the '698 Accused TP-Link Products in a manner that satisfies each and every limitation of at least Claim 1 of the '698 Patent.

81.   As recited by Claim 1 of the '698 Patent, and to the extent the preamble is limiting, TP-Link uses the '698 Accused TP-Link Products to perform a "computer-implemented method for establishing a backhaul communication among nodes in a mesh wireless network."  For example, the '698 Accused TP-Link Products are configured to establish a backhaul communication among TP-Link mesh Wi-Fi nodes in a wireless mesh network for the reasons discussed below.

82.   As recited by Claim 1 of the '698 Patent, TP-Link uses the '698 Accused TP-Link Products to "perform[] an attempt to utilize a first channel in a default frequency band as a backhaul with second node in the network."  For example, the '698 Accused TP-Link Products, such as the TP-Link Deco X90, can utilize one or more channels in the 5GHz frequency band as a dedicated backhaul to communicate with another Deco product in the mesh network.

Tri-Band
Provides an extra 5 GHz band working exclusively as the strong backhaul, strengthening the WiFi coverage

*See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90/#specifications), last accessed March 31, 2023.



*See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi), last accessed March 31, 2023 (annotated).

**Question:** Which 5ghz band is used for backhaul? 1802 mbps or 1201 mbps?

**Answer:** 5GHz 2, the 1201 Mbps is the dedicated backhaul. However, like our other tri-band Deco products if needed the system will use the other bands to send backhaul data as well.
By TP-LINK Support Force **MANUFACTURER** on July 7, 2021

*See e.g., Deco X90 Amazon Product Page* (https://www.amazon.com/TP-Link-AX6600-Deco-Tri-Band-X90/dp/B08Z2XXFFW?th=1), last accessed March 31, 2023.

83.    As further recited by Claim 1 of the '698 Patent, TP-Link uses the '698 Accused TP-Link Products to "attempt to utilize a first channel in a default frequency band as a backhaul with second node in the network" "wherein the backhaul is to provide communication of management functions between the nodes in the network, as opposed to a front haul that provides wireless data communication to clients in the network."   For example, the '698 Accused TP-Link Products, such as the TP-Link Deco X90, are capable of providing wireless data communication to multiple clients in the network using front haul links, as opposed to the connections used for backhaul communications.

Designed for More Devices

Imbued with OFDMA and MU-MIMO technology, like virtually all TP-Link WiFi 6 products, Deco X90 is aimed at dramatically improving capacity and efficiency in traffic-dense environments.  No matter how many devices are running at the same time, everyone is able to enjoy immersive streaming or gaming with no drops or buffering.

*See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90), last accessed March 31, 2023.



*See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90), last accessed March 31, 2023.

84.   As further recited by Claim 1 of the '698 Patent, TP-Link uses the '698 Accused TP-Link Products to "upon detecting that a received signal strength of the first channel from the second node is below a threshold, perform[] an attempt to utilize a different channel in the default frequency band and/or a channel in a different frequency band that has a lower frequency range than the default frequency band, to establish the backhaul with the second node."  For example, the '698 Accused TP-Link Products, such as the TP-Link Deco X90, work dynamically to find the least congested band" or to switch away from a backhaul channel that "has

interference" to "send the [backhaul] data." (*See e.g.,* https://community.tp-link.com/us/home/forum/topic/184798, last accessed March 31, 2023). Testing of the Accused Deco Products confirms the behavior of selecting an alternative backhaul channel when the dedicated backhaul experiences interference. Upon detecting the received signal strength is below a threshold, the '698 Accused TP-Link Products will if necessary automatically utilize a different channel for backhaul communications from the list of candidates available to the products. When the signal strength of the 5GHz dedicated backhaul connections falls, indicated with the number 1 below, the '698 Accused TP-Link Products, such as the TP-Link Deco X90, will use an alternative backhaul connection, such as the 2.4GHz backhaul connection, to communicate between mesh access points in response to the reduced signal strength on the 5GHz backhaul connection. The use of this alternative backhaul can be seen based on the increase in airtime usage on the 2.4GHz band in the testing example below.



**5GHz Signal Strength**

**5GHz Airtime Usage**

**2.4GHz Airtime Usage**

Testing of a TP-Link Deco X90 Mesh System.

85.    Finally, as further recited by Claim 1 of the '698 Patent, TP-Link uses the '698 Accused TP-Link Products, when "performing an attempt to utilize a different channel in the default frequency band and/or a channel in a different frequency band that has a lower frequency range than the default frequency band, to establish the backhaul with the second node" to "in any of said attempts, channels in a given frequency band are prioritized based on a corresponding received signal strength."  For example, testing of the '698 Accused TP-Link Products confirms the behavior of channels in a frequency band being prioritized based on a corresponding

received signal strength. When selecting a 5GHz-high channel for backhaul communication, the '698 Accused TP-Link Products, such as the TP-Link Deco X90 Mesh System, avoided using channel 149 as the channel was utilized by other WiFi networks in the vicinity. Instead, channel 157 was unused and was subsequently selected due to its better received signal strength.



Testing of a TP-Link Deco X90 Mesh System.

86. The above examples of how TP-Link products directly infringe Claim 1 of the '698 Patent are non-limiting and based on information currently available to Netgear. In particular, additional or different aspects of TP-Link products may be identified that meet the limitations of Claim 1 of the '698 Patent, additional claims of the '698 Patent may be determined to be infringed, and additional TP-Link products may be identified as infringing once additional non-public information is provided through the course of discovery.

87. TP-Link has had knowledge of the '698 Patent and has been aware that the '698 Accused TP-Link Products infringe one or more claims of the '698 Patent since at least as early as the filing date of this Complaint.

88. On information and belief, in violation of 35 U.S.C. § 271(b), literally

or under the doctrine of equivalents, TP-Link knowingly and intentionally induces infringement of one or more claims of the '698 Patent, including at least Claim 1, by encouraging, instructing, and aiding one or more persons in the United States, including but not limited to end users, customers, and TP-Link employees who test and operate '698 Accused TP-Link Products at the direction of TP-Link, to make, use (including testing those devices and methods), sell, or offer to sell one or more of the 698 Accused TP-Link Products, during or after such article's importation into the United States, in a manner that infringes the '698 Patent.  On information and belief, TP-Link was aware of the '698 Patent or acted with willful blindness as to its existence since at least the filing of Netgear's parallel ITC complaint alleging infringement of the '698 Patent and/or the filing of this Complaint.  On information and belief, TP-Link knew or should have known that its encouraging, instructing, and aiding of users of one or more of the '698 Accused TP-Link Products in the United States in a manner that infringes the '698 Patent, including but not limited to end users, customers, and TP-Link employees who test and operate Accused Products at the direction of TP-Link, to make, use (including testing those devices and methods), sell, or offer to sell one or more of the '698 Accused TP-Link Products, during or after such article's importation into the United States, would result in direct infringement and intended to cause those acts which constitute that direct infringement.

89.     For example, TP-Link provides significant support and documentation, such as manuals, guides, webpages, and videos that promote, instruct, and encourage use of the '698 Accused TP-Link Products in an infringing manner.  (*See e.g.*, https://www.tp-link.com/us/support/download/, last accessed March 31, 2023). Through its webpages, manuals, and other documentation promoting its products' infringing dedicated mesh backhaul functionality, TP-Link encourages and instructs its customers to use its products in a manner that infringes the '698 Patent:



*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.

*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.

**How does Mesh WiFi work?**

Mesh uses several Deco units and TP-Link's Mesh Technology to blanket your entire home while only needing one name and password to connect. TP-Link Mesh Technology will automatically switch your devices to the best mesh node and WiFi band as you move throughout your home, so you never lose connection and your speeds stay fast.

*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.



*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.

90.     Additionally, TP-Link induces infringement of the '698 Patent by their customers by configuring the '698 Accused TP-Link Products to operate in a manner that TP-Link knows infringes at least Claim 1 of the '698 Patent.  TP-Link further provides its customers with all the requisite hardware, software, documentation, and instructions to operate the '698 Accused TP-Link Products in the infringing manner.  For example, TP-Link provides the '698 Accused TP-Link Products to customers and encourage and instructs those customers to use the TP-Link products together with other TP-Link mesh networking devices and client devices, such as mobile phones and laptops, in a manner that infringes the '698 Patent:

**7. Connect to your Wi-Fi network**

Connect your devices to the Deco's Wi-Fi to continue the setup.



**8. Setup complete**

Your Deco network is now up. Connect all devices to the Deco network for better connections.



**9. Add more Decos**

Plug in the other included Deco units, and these Deco units will be automatically added to the network within 2 minutes.



*See e.g., TP-Link Deco X90 User Manual* (https://static.tp-link.com/2020/202011/20201126/1910012843_Deco%20X90&Deco%20X5700_UG_V1.pdf), last accessed March 31, 2023.

*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.

91.     Through the above acts, TP-Link encourages and instructs its customers to use its products in a manner that infringes the '698 Patent, including at least Claim 1.

92.     On information and belief, in violation of 35 U.S.C. §271(c), literally or under the doctrine of equivalents, TP-Link has contributorily infringed and continues to contribute to the infringement of one or more claims of the '698 Patent by offering to sell or selling and/or importing a patented component, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement and not a staple article or commodity of commerce suitable for substantial non-infringing use.  The '698 Accused TP-Link

Products are a material part of practicing at least the methods of Claim 1 of the '698 Patent, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the '698 Accused TP-Link Products are specifically designed and intended to establish and maintain dedicated backhaul communications for mesh wireless networks, where the dedicated backhaul channel is used to transfer data packets between respective access points using either a default backhaul frequency or an alternative backhaul frequency.

93.　TP-Link actively markets and sells the '698 Accused TP-Link Products to customers across the United States, including in this District.

94.　The '698 Accused TP-Link Products are also available for purchase on websites managed, operated, or controlled by TP-Link.  TP-Link offers to ship the '698 Accused TP-Link Products to any location in the United States, including in this District.

95.　On information and belief, TP-Link has profited from and will continue to profit from its infringing activities.  Netgear has been and will continue to be damaged and irreparably harmed by TP-Link's infringing activities.  As a result, Netgear is entitled to injunctive relief and damages adequate to compensate it for such infringement, in no event less than a reasonable royalty, in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.  The amount of monetary damages TP-Link's acts of infringement have caused to Netgear cannot be determined without an accounting.

96.　The harm to Netgear from TP-Link's ongoing infringing activity is irreparable, continuing, and not fully compensable by money damages, and will continue unless TP-Link's infringing activities are enjoined.

## COUNT III – INFRINGEMENT OF U.S. PATENT NO. 10,278,179

97.　Netgear repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

98.　TP-Link has been and continues to, without Netgear's authority, make,

use, sell, offer for sale, or import products, including without limitation, TP-Link mesh Wi-Fi products supporting dedicated backhaul communication on the 5 GHz frequency band (the "'179 Accused TP-Link Products") that directly infringe one or more claims of the '179 Patent, literally or under the doctrine of equivalents.

99.    On information and belief, the '179 Accused TP-Link Products include at least the following:  TP-Link Deco M9 Plus, Deco X90, Deco X5700, Deco X68, Deco X3600, and Deco W7200.

100.    TP-Link infringes at least one claim of the '179 Patent. For example, Claim 1 recites:

> 1. A computer-implemented method for implementing a dedicated backhaul in a wireless mesh network formed with one or more mesh points, the method being performed by a first mesh point and comprising:
>
> establishing a forward wireless communication with a second mesh point;
>
> establishing a backhaul communication, separate from the forward wireless communication, with the second mesh point,
>
> wherein the forward wireless communication is established using a wireless communication technology using frequency bands selected from the group consisting of:  a 2.4 GHz band, and a 5 GHz band, and
>
> wherein the backhaul communication is established using a communication technology selected from the group consisting of:  a power line based communication, a 2.4 GHz or 5 GHz radio frequency (RF) technology using a dedicated radio, and a sub-1GHz RF technology; and
>
> constructing a list of backhaul candidates, each backhaul candidate having a score indicative of an estimated quality of a potential link between the first mesh point and the second mesh point;
>
> upon determining that a quality of service of the dedicated backhaul has dropped to below a predetermined threshold, establishing an alternative backhaul communication with the second mesh point using a backhaul candidate with the highest score on the list.

1    Exhibit 3 at Claim 1.

2        101.   The '179 Accused TP-Link Products and TP-Link's infringing

3    activities violate one or more subsections of 35 U.S.C. § 271.

4        102.   On information and belief, TP-Link directly infringes in violation of 35

5    U.S.C. § 271(a) at least Claim 1 of the '179 Patent, literally or under the doctrine of

6    equivalents, by using the '179 Accused TP-Link Products in an infringing manner

7    in the United States, including during TP-Link's testing, developing, or other

8    operation of such products.

9        103.   TP-Link uses the '179 Accused TP-Link Products in a manner that

10   satisfies each and every limitation of at least Claim 1 of the '179 Patent.

11       104.   As recited by Claim 1 of the '179 Patent, and to the extent the preamble

12   is limiting, the '179 Accused TP-Link Products perform a "computer-implemented

13   method for implementing a dedicated backhaul in a wireless mesh network formed

14   with one or more mesh points."  For example, the '179 Accused TP-Link Products

15   are configured to establish a backhaul communication among TP-Link mesh Wi-Fi

16   nodes in a wireless mesh network for the reasons discussed below.

17       105.   As recited by Claim 1 of the '179 Patent, TP-Link uses the '179

18   Accused TP-Link Products to "establish[] a forward wireless communication with a

19   second mesh point."  For example, the '179 Accused TP-Link Products, such as the

20   TP-Link Deco X90, operate in a mesh network configuration which establish

21   forward wireless communications with a second mesh point via 2.4 Ghz and 5 Ghz

22   wireless connections.

23

24

25

26

27

28



*See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi/), last accessed March 31, 2023.

106.   Additionally, the '179 Accused TP-Link Products, such as the Deco X90, are capable of providing forward wireless data communication to multiple clients in the network using front haul links.

Designed for More Devices

Imbued with OFDMA and MU-MIMO technology, like virtually all TP-Link WiFi 6 products, Deco X90 is aimed at dramatically improving capacity and efficiency in traffic-dense environments.  No matter how many devices are running at the same time, everyone is able to enjoy immersive streaming or gaming with no drops or buffering.

*See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90), last accessed March 31, 2023.



*See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90), last accessed March 31, 2023.

107. As further recited by Claim 1 of the '179 Patent, TP-Link uses the '179 Accused TP-Link Products to "establish[] a backhaul communication, separate from the forward wireless communication, with the second mesh point." For example, the '179 Accused TP-Link Products, such as the TP-Link Deco X90, can utilize one or more channels in the 5GHz frequency band as a dedicated backhaul to communicate with another Deco product in the mesh network.

> Tri-Band
> Provides an extra 5 GHz band working exclusively as the strong backhaul, strengthening the WiFi coverage

*See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90/#specifications), last accessed March 31, 2023.



*See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi), last accessed March 31, 2023 (annotated).

**Question:**  Which 5ghz band is used for backhaul? 1802 mbps or 1201 mbps?

**Answer:**  5GHz 2, the 1201 Mbps is the dedicated backhaul. However, like our other tri-band Deco products if needed the system will use the other bands to send backhaul data as well.
By TP-LINK Support Force  MANUFACTURER  on July 7, 2021

*See e.g., Deco X90 Amazon Product Page* (https://www.amazon.com/TP-Link-AX6600-Deco-Tri-Band-X90/dp/B08Z2XXFFW?th=1), last accessed March 31, 2023.

108.   As further recited by Claim 1 of the '179 Patent, TP-Link uses the '179 Accused TP-Link Products to establish "the backhaul communication … using a communication technology selected from the group consisting of:  a power line based communication, a 2.4 GHz or 5 GHz radio frequency (RF) technology using a dedicated radio, and a sub-1GHz RF technology."  For example, the '179 Accused TP-Link Products, such as the TP-Link Deco X90, "[p]rovide[] an extra 5 GHz band working **exclusively** as the strong backhaul, strengthening the WiFi coverage."  (*See e.g.*,                https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90/#specifications, last accessed March 31, 2023).

1
2
3
4
5
6
7
8
9
10



11  *See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi), last
12  accessed March 31, 2023 (annotated).

13  **Question:** Which 5ghz band is used for backhaul? 1802 mbps or 1201 mbps?

14  **Answer:** 5GHz 2, the 1201 Mbps is the dedicated backhaul. However, like our other tri-band Deco products if needed the system will use the other bands to send backhaul data as well.
15  By TP-LINK Support Force MANUFACTURER on July 7, 2021

16  *See e.g., Deco X90 Amazon Product Page* (https://www.amazon.com/TP-Link-
17  AX6600-Deco-Tri-Band-X90/dp/B08Z2XXFFW?th=1), last accessed March 31,
    2023.

18      109.   Finally, as further recited by Claim 1 of the '179 Patent, TP-Link uses
19  the '179 Accused TP-Link Products to "construct[] a list of backhaul candidates,
20  each backhaul candidate having a score indicative of an estimated quality of a
21  potential link between the first mesh point and the second mesh point" and "upon
22  determining that a quality of service of the dedicated backhaul has dropped to below
23  a predetermined threshold, establishing an alternative backhaul communication with
24  the second mesh point using a backhaul candidate with the highest score on the list".
25  For example, the '179 Accused TP-Link Products, such as the TP-Link Deco X90,
26  work dynamically to find the least congested band" or to switch away from a
27  backhaul channel that "has interference" to "send the [backhaul] data." (*See e.g.,*
28  https://community.tp-link.com/us/home/forum/topic/184798, last accessed March

31, 2023).  Testing of the '179 Accused TP-Link Products confirms the behavior of selecting an alternative backhaul channel from the available candidates when the dedicated backhaul experiences interference.  Upon detecting the received signal strength is below a threshold, the '179 Accused TP-Link Products will if necessary automatically utilize a different channel for backhaul communications from the list of candidates available to the products.  When the signal strength of the 5GHz dedicated backhaul connections falls, indicated with the number 1 below, the '179 Accused TP-Link Products, such as the TP-Link Deco X90, will use an alternative backhaul connection, such as the 2.4GHz backhaul connection, to communicate between mesh access points in response to the reduced signal strength on the 5GHz backhaul connection.



5GHz Signal Strength

5GHz Airtime Usage

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY



2.4GHz Airtime Usage

Testing of a TP-Link Deco X90 Mesh System.

110.   The above examples of how TP-Link products directly infringe Claim 1 of the '179 Patent are non-limiting and based on information currently available to Netgear.  In particular, additional or different aspects of TP-Link products may be identified that meet the limitations of Claim 1 of the '179 Patent, additional claims of the '179 Patent may be determined to be infringed, and additional TP-Link products may be identified as infringing once additional non-public information is provided through the course of discovery.

111.   TP-Link has had knowledge of the '179 Patent and has been aware that the '179 Accused TP-Link Products infringe one or more claims of the '179 Patent since at least as early as the filing date of this Complaint.

112.   On information and belief, in violation of 35 U.S.C. § 271(b), literally or under the doctrine of equivalents, TP-Link knowingly and intentionally induces infringement of one or more claims of the '179 Patent, including at least Claim 1, by encouraging, instructing, and aiding one or more persons in the United States, including but not limited to end users, customers, and TP-Link employees who test and operate '179 Accused TP-Link Products at the direction of TP-Link, to make, use (including testing those devices and methods), sell, or offer to sell one or more of the '179 Accused TP-Link Products, during or after such article's importation into the United States, in a manner that infringes the '179 Patent.  On information and belief, TP-Link was aware of the '179 Patent or acted with willful blindness as to its existence since at least the filing of Netgear's parallel ITC complaint alleging

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SILICON VALLEY

infringement of the '179 Patent and/or the filing of this Complaint.  On information and belief, TP-Link knew or should have known that its encouraging, instructing, and aiding of users of one or more of the '179 Accused TP-Link Products in the United States in a manner that infringes the '179 Patent, including but not limited to end users, customers, and TP-Link employees who test and operate '179 Accused TP-Link Products at the direction of TP-Link, to make, use (including testing those devices and methods), sell, or offer to sell one or more of the Accused Products, during or after such article's importation into the United States, would result in direct infringement and intended to cause those acts which constitute that direct infringement.

113.   For example, TP-Link provides significant support and documentation, such as manuals, guides, webpages, and videos that promote, instruct, and encourage use of the '179 Accused TP-Link Products in an infringing manner.  (*See e.g.*, https://www.tp-link.com/us/support/download/,  last  accessed  March  31,  2023). Through its webpages, manuals, and other documentation promoting its products' infringing dedicated mesh backhaul functionality, TP-Link encourages and instructs its customers to use its products in a manner that infringes the '179 Patent:



*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.

**How does Mesh WiFi work?**

Mesh uses several Deco units and TP-Link's Mesh Technology to blanket your entire home while only needing one name and password to connect. TP-Link Mesh Technology will automatically switch your devices to the best mesh node and WiFi band as you move throughout your home, so you never lose connection and your speeds stay fast.

*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SILICON VALLEY

COMPLAINT FOR PATENT INFRINGEMENT

*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.

114.   Additionally, TP-Link induces infringement of the '179 Patent by their customers by configuring the '179 Accused TP-Link Products to operate in a manner that TP-Link knows infringes at least Claim 1 of the '179 Patent.  TP-Link further provides its customers with all the requisite hardware, software, documentation, and instructions to operate the '179 Accused TP-Link Products in the infringing manner. For example, TP-Link provides the '179 Accused TP-Link Products to customers and encourage and instructs those customers to use the TP-Link products with other TP-Link mesh networking devices and client devices, such as mobile phones and laptops, in a manner that infringes the '179 Patent:

**7. Connect to your Wi-Fi network**

Connect your devices to the Deco's Wi-Fi to continue the setup.

**8. Setup complete**

Your Deco network is now up. Connect all devices to the Deco network for better connections.

**9. Add more Decos**

Plug in the other included Deco units, and these Deco units will be automatically added to the network within 2 minutes.





*See e.g., TP-Link Deco X90 User Manual* (https://static.tp-link.com/2020/202011/20201126/1910012843_Deco%20X90&Deco%20X5700_UG_V1.pdf), last accessed March 31, 2023.

*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.

115.   Through the above acts, TP-Link encourages and instructs its customers to use its products in a manner that infringes the '179 Patent, including at least Claim 1.

116.   On information and belief, in violation of 35 U.S.C. §271(c), literally or under the doctrine of equivalents, TP-Link has contributorily infringed and continues to contribute to the infringement of one or more claims of the '179 Patent by offering to sell or selling and/or importing a patented component, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement and not a staple article or commodity of commerce suitable for substantial non-infringing use.  The 179 Accused TP-Link

Products are a material part of practicing at least the methods of Claim 1 of the '179 Patent, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the '179 Accused TP-Link Products are specifically designed and intended to establish and maintain dedicated backhaul communications for mesh wireless networks, where the dedicated backhaul channel is used to transfer data packets between respective access points using either a default 5GHz backhaul frequency or an alternative backhaul frequency.

117.   TP-Link actively markets and sells the '179 Accused TP-Link Products to customers across the United States, including in this District.

118.   The '179 Accused TP-Link Products are also available for purchase on websites managed, operated, or controlled by TP-Link.  TP-Link offers to ship the '179 Accused TP-Link Products to any location in the United States, including in this District.

119.   On information and belief, TP-Link has profited from and will continue to profit from its infringing activities. Netgear has been and will continue to be damaged and irreparably harmed by TP-Link's infringing activities.  As a result, Netgear is entitled to injunctive relief and damages adequate to compensate it for such infringement, in no event less than a reasonable royalty, in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.  The amount of monetary damages TP-Link's acts of infringement have caused to Netgear cannot be determined without an accounting.

120.   The harm to Netgear from TP-Link's ongoing infringing activity is irreparable, continuing, and not fully compensable by money damages, and will continue unless TP-Link's infringing activities are enjoined.

## COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 9,468,025

121.   Netgear repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

122.   TP-Link has been and continues to, without Netgear's authority, make,

use, sell, offer for sale, or import products, including without limitation, TP-Link and TP-Link mesh Wi-Fi products supporting TP-Link's Deco mesh and Omada mesh functionality (the "'025 Accused TP-Link Products") that directly infringe one or more claims of the '025 Patent, literally or under the doctrine of equivalents.

123.   On information and belief, the '025 Accused TP-Link Products include at least the following:  Deco BE95, Deco BE65, Deco BE85, Deco E3, Deco M3W, Deco M4, Deco M5, Deco M9 Plus, Deco PX50, Deco P9, Deco W2400, Deco W3600, Deco W6000, Deco W7200, Deco X20, Deco XE200, Deco XE75, Deco XE75 Pro, Deco XE5300, Deco X60, Deco X25, Deco X90, Deco X5700, Deco X68, Deco X5400 Pro, Deco X4300 Pro, Deco X3600, Deco X50-Outdoor, Deco X50-PoE, Deco X55, Deco S4, Deco X80-5G; and TP-Link Omada EAP690E HD, Omada EAP670, Omada EAP660, Omada EAP653, Omada EAP650, Omada EAP620, Omada EAP615, Omada EAP610, Omada EAP265, Omada EAP245, Omada EAP235, Omada EAP225, and Omada EAP115.

124.   TP-Link infringes at least one claim of the '025 Patent. For example, Claim 1 recites:

1. A gateway router configured to facilitate wireless connection management in an extended wireless network, comprising:

a network device input connected at least indirectly to an internal network and configured to communicate a plurality of data packets to and from at least one computer system;

a network device output connected at least indirectly to an external network and configured to communicate the plurality of data packets to and from at least one computer system; and

a computer processor configured to execute steps, including

receiving packets from a wireless device,

identifying the wireless device within a table of wireless devices connected to a wireless access device in an extended wireless network,

generating wireless connection quality information for the wireless device specific to the wireless access device, the wireless connection quality information including wireless connection quality information for at least one indirect communication path having at least one network extender device to establish the communication path between the gateway router and the wireless access device.

Exhibit 4 at Claim 1.

125.    The '025 Accused TP-Link Products and TP-Link's infringing activities violate one or more subsections of 35 U.S.C. § 271.

126.    On information and belief, TP-Link directly infringes in violation of 35 U.S.C. § 271(a) at least Claim 1 of the '025 Patent, literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing the '025 Accused TP-Link Products in an infringing manner in the United States, including during TP-Link's testing, developing, or other operation of such products.

127.    TP-Link uses the '025 Accused TP-Link Products in a manner that satisfies each and every limitation of at least Claim 1 of the '025 Patent.

128.    As recited by Claim 1 of the '025 Patent, and to the extent the preamble is limiting, the '025 Accused TP-Link Products comprise a "gateway router configured to facilitate wireless connection management in an extended wireless network."  For example, the '025 Accused TP-Link Products can be configured as gateway routers, like the Deco device highlighted below, that facilitate wireless connection management in a mesh or extended network for the reasons discussed below.

1
2
3
4
5
6
7
8
9
10
11



12  *See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi/), last
13  accessed March 31, 2023 (annotated).

14  Mesh WiFi works by using two or more devices or "nodes" to create a secure and strong wifi
15  network.

16  These nodes are important in efficiently delivering WiFi, as each node serves as a "daisy chain" for
    other nodes in the system. Even nodes that are furthest from the router can still deliver a strong
17  signal. Nodes communicate with one another in order to determine the fastest band for your devices,
18  and to reroute traffic in the event that one node fails with its self-healing technology.

19  *See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi/), last
20  accessed March 31, 2023.

21       129.   As recited by Claim 1 of the '025 Patent, the '025 Accused TP-Link
22  Products comprise "a network device input connected at least indirectly to an
23  internal network and configured to communicate a plurality of data packets to and
24  from at least one computer system."   For example, the '025 Accused TP-Link
25  Products, such as the TP-Link Deco X90, are connected to the internal network
26  through "2.4GHz Wireless Connection," "5GHz Wireless Connection," and
27  "5GHz_2 Dedicated Wireless Backhaul," each of which is a network device input
28  of the product that connects it to user devices and other mesh nodes.



*See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi/), last accessed March 31, 2023 (annotated).

130. As further recited by Claim 1 of the '025 Patent, the '025 Accused TP-Link Products comprise "a network device output connected at least indirectly to an external network and configured to communicate the plurality of data packets to and from at least one computer system." For example, the '025 Accused TP-Link Products, such as the TP-Link Deco X90, are connected to the Internet, an external network, and communicates a plurality of packets in association with that connection.



*See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi/), last accessed March 31, 2023 (annotated).

131.  As further recited by Claim 1 of the '025 Patent, the '025 Accused TP-Link Products comprise "a computer processor configured to execute steps." For example, the '025 Accused TP-Link Products, such as the TP-Link Deco X90, contain a processor to execute various software functions, including the accused functionalities.

## Software

· Working Mode: Router, Access Point

· WAN Type: Dynamic IP/Static IP/PPPoE/L2TP/PPTP

· DHCP: Server

· Protocols: Supports IPv4 and IPv6

· Guest Network: 2.4 GHz Guest Network×1, 5 GHz Guest Network×1

· Features: TP-Link HomeShield, AI-Driven Mesh, BSS Color, OFDMA, 1024-QAM, MU-MIMO, Optional Ethernet Backhaul, Assisted Setup, Address Reservation, Port Forwarding, TP-Link DDNS, IPTV, IPv6, Firewall Rules, LED Control

· Management: Local Management; Remote Management; Multi-Managers

*See e.g., Deco X90 Datasheet* (https://static.tp-link.com/2020/202010/20201021/Deco%20X90%201.0_Datasheet.pdf), last accessed March 31, 2023.

132.   As further recited by Claim 1 of the '025 Patent, the '025 Accused TP-Link Products comprise "a computer processor configured to execute steps, including receiving packets from a wireless device." For example, the '025 Accused TP-Link Products, such as the TP-Link Deco X90, receive data packets from wireless device, such as a smartphones, to which they are connected.

133.   As further recited by Claim 1 of the '025 Patent, the '025 Accused TP-Link Products comprise "a computer processor configured to execute steps, including … identifying the wireless device within a table of wireless devices connected to a wireless access device in an extended wireless network." For example, the '025 Accused TP-Link Products, such as the TP-Link Deco X90, maintain a table with the identities of wireless devices connected to the extended mesh network devices.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16  *See e.g., Deco X90 User Manual* (https://static.tp-
link.com/2020/202011/20201126/1910012843_Deco%20X90&Deco%20X5700_
17  UG_V1.pdf), last accessed March 31, 2023.

18      134.   Finally, as further recited by Claim 1 of the '025 Patent, the '025

19  Accused TP-Link Products comprise "generating wireless connection quality

20  information for the wireless device specific to the wireless access device, the

21  wireless connection quality information including wireless connection quality

22  information for at least one indirect communication path having at least one network

23  extender device to establish the communication path between the gateway router and

24  the wireless access device."  For example, the '025 Accused TP-Link Products, such

25  as the TP-Link Deco X90, include features such as adaptive routing, seamless

26  roaming, self-healing, and AI-Driven Mesh that generate connection quality

27  information for indirect communication paths in the mesh network.  With TP-Link

28  mesh functionality, the mesh network formed by the '025 Accused TP-Link Products

"chooses the best route and band for your data, guaranteeing a fast connection no matter where you are in your home."  *See e.g., TP-Link Mesh Page* (https://www.tp-link.com/us/mesh/, last accessed March 31, 2023).

# TP-Link Mesh Technology

## Wi-Fi Dead-Zone Killer

Eliminate areas with weak signal with a single self-healing Wi-Fi network that covers every corner with seamless roaming and adaptive routing.

*See e.g., TP-Link Mesh Page* (https://www.tp-link.com/us/mesh), last accessed March 31, 2023.

TP-Link Mesh Technology chooses the best route and band for your data, guaranteeing a fast connection no matter where you are in your home

*See e.g., TP-Link Mesh Page* (https://www.tp-link.com/us/mesh), last accessed March 31, 2023.

## True Seamless Roaming

Deco units work together to form one unified network. Your phone or tablet automatically connects to the fastest Deco as you move through your home, creating a truly seamless online experience. Support for IEEE 802.11r as well as 802.11k/v mean switching from one Deco to another is so smooth it's unnoticeable - even during streaming.

*See e.g., TP-Link "WiFi:  What is WiFi?" Page* (https://www.tp-link.com/us/mesh), last accessed March 31, 2023.

2) Adaptive Routing
Working as a unified WiFi system, your phone or tablet automatically connects to the fastest mesh device as you move through your home. If one mesh node has an issue, the system will automatically reroute data via the other devices to make sure you stay online.

*See e.g., TP-Link "WiFi:  What is WiFi?" Page* (https://partner.tp-link.com/nl/news-detail.html?id=4825), last accessed March 31, 2023.

**2. Adaptive Routing**

Mesh networks allow router nodes to communicate with each other to generate various signal transmission paths. Adaptive Routing finds the path with the least interference according to the load status of each router node or the current frequency band. This guarantees you're always getting the fastest possible speeds.

*See e.g.*, *TP-Link "What is Mesh WiFi" Blog Page* (https://www.tp-link.com/uk/blog/332/what-is-mesh-wifi-what-does-it-do-and-how-to-choose-a-mesh-wifi-router-/), last accessed March 31, 2023.



*See e.g., TP-Link Mesh Page* (https://www.tp-link.com/us/mesh/) (showing the original mesh network), last accessed March 31, 2023.



*See e.g., TP-Link Mesh Page* (https://www.tp-link.com/us/mesh/), last accessed March 31, 2023.

**Self-Healing**

In the event that one of your mesh WiFi nodes goes
down, your Mesh WiFi network will automatically
reroute data to make sure you stay online.

*See e.g., TP-Link Mesh Page* (https://www.tp-link.com/hu/mesh-wifi/), last accessed March 31, 2023.

## AI-Roaming: Always Learning

As a smart upgrade to common roaming, AI-Roaming keeps a close watch on the signal strength of your devices. After self-learning the actual network conditions influencing your Wi-Fi performance, AI-Roaming helps your devices seamlessly switch to another source when necessary to constantly create optimal connections.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## Ideal Wi-Fi Unique to Your Home

Traditional mesh provides an uninterrupted streaming experience as you move throughout your signal coverage area. However, your network conditions can still be undermined by many other factors in a real environment, such as your router's placement, some thick walls, or even a microwave. Armed with AI-Driven Mesh Technology, Deco automatically learns the network environment, client quality, and user behaviors in your home. With sophisticated, multifactored algorithms, Deco customizes an ideal mesh Wi-Fi solution unique to your home.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## Connect to the Optimal Deco

AI-Roaming guides your device connections
to the optimal Deco according to the loading
conditions of each node to efficiently utilize
your network bandwidth.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## A Customized Mesh Solution

How a mesh network is internally bridged directly affects your Wi-Fi performance. AI-Driven Mesh comprehensively weighs factors that influence your Wi-Fi, all while establishing a mesh network. These factors include the number of your mesh nodes, their product types, and how they connect with each other. After analyzing all of these, AI-Driven Mesh custom creates the ideal mesh Wi-Fi solution for you.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

135.    The above examples of how TP-Link products directly infringe Claim 1 of the '025 Patent are non-limiting and based on information currently available to Netgear.  In particular, additional or different aspects of TP-Link products may be identified that meet the limitations of Claim 1 of the '025 Patent, additional claims of the '025 Patent may be determined to be infringed, and additional TP-Link products may be identified as infringing once additional non-public information is provided through the course of discovery.

136.    TP-Link has had knowledge of the '025 Patent and has been aware that the '025 Accused TP-Link Products infringe one or more claims of the '025 Patent since at least as early as the filing date of this Complaint.

137.    On information and belief, in violation of 35 U.S.C. § 271(b), literally or under the doctrine of equivalents, TP-Link knowingly and intentionally induces infringement of one or more claims of the '025 Patent, including at least Claim 1, by encouraging, instructing, and aiding one or more persons in the United States, including but not limited to end users, customers, and TP-Link employees who test and operate '025 Accused TP-Link Products at the direction of TP-Link, to make, use (including testing those devices and methods), sell, or offer to sell one or more of the Accused Products, during or after such article's importation into the United States, in a manner that infringes the '025 Patent.  On information and belief, TP-Link was aware of the '025 Patent or acted with willful blindness as to its existence since at least the filing of Netgear's parallel ITC court complaints alleging infringement of the '025 Patent and/or the filing of this Complaint.  On information and belief, TP-Link knew or should have known that its encouraging, instructing,

and aiding of users of one or more of the '025 Accused TP-Link Products in the United States in a manner that infringes the '025 Patent, including but not limited to end users, customers, and TP-Link employees who test and operate '025 Accused TP-Link Products at the direction of TP-Link, to make, use (including testing those devices and methods), sell, or offer to sell one or more of the Accused Products, during or after such article's importation into the United States, would result in direct infringement and intended to cause those acts which constitute that direct infringement.

138.    For example, TP-Link provides significant support and documentation, such as manuals, guides, webpages, and videos that that promote, instruct, and encourage use of the '025 Accused TP-Link Products in an infringing manner.  (*See e.g.*, https://www.tp-link.com/us/support/download/, last accessed March 31, 2023). Through its webpages, manuals, and other documentation promoting its products' infringing adaptive indirect mesh network pathing functionality, TP-Link encourages and instructs its customers to use its products in a manner that infringes the '025 Patent:



COMPLAINT FOR PATENT INFRINGEMENT

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

*See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi/), last accessed March 31, 2023.

> Mesh WiFi works by using two or more devices or "nodes" to create a secure and strong wifi network.
>
> These nodes are important in efficiently delivering WiFi, as each node serves as a "daisy chain" for other nodes in the system. Even nodes that are furthest from the router can still deliver a strong signal. Nodes communicate with one another in order to determine the fastest band for your devices, and to reroute traffic in the event that one node fails with its self-healing technology.

*See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi/), last accessed March 31, 2023.

139.   Additionally, TP-Link induces infringement of the '025 Patent by its customers by configuring the '025 Accused TP-Link Products to operate in a manner that TP-Link knows infringes at least Claim 1 of the '025 Patent.  TP-Link further provides its customers with all the requisite hardware, software, documentation, and instructions to operate the '025 Accused TP-Link Products in the infringing manner: For example, TP-Link provides the '025 Accused TP-Link Products to customers and encourage and instructs those customers to use the TP-Link products together with other TP-Link mesh networking devices and client devices, such as mobile phones and laptops, in a manner that infringes the '025 Patent:



*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.




*See e.g., TP-Link Deco X90 User Manual* (https://static.tp-link.com/2020/202011/20201126/1910012843_Deco%20X90&Deco%20X5700_UG_V1.pdf), last accessed March 31, 2023.

*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.

140.    Through the above acts, TP-Link encourages and instructs its customers to use its products in a manner that infringes the '025 Patent, including at least Claim 1.

141.    On information and belief, in violation of 35 U.S.C. §271(c), literally or under the doctrine of equivalents, TP-Link has contributorily infringed and continues to contribute to the infringement of one or more claims of the '025 Patent by offering to sell or selling and/or importing a patented component, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement and not a staple article or commodity of commerce suitable for substantial non-infringing use.  The '025 Accused TP-Link

Products are a material part of practicing at least the methods of Claim 1 of the '025 Patent, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner. For example, the '025 Accused TP-Link Products are specifically designed and intended to facilitate higher quality wireless connection in an extended mesh Wi-Fi network by generating wireless connection quality information for a client device specific to an access point, including access points arranged in such a way that they indirectly connect a client device to a gateway.

142.  TP-Link actively markets and sells the '025 Accused TP-Link Products to customers across the United States, including in this District.

143.  The '025 Accused TP-Link Products are also available for purchase on websites managed, operated, or controlled by TP-Link. TP-Link offers to ship the '025 Accused TP-Link Products to any location in the United States, including in this District.

144.  On information and belief, TP-Link has profited from and will continue to profit from its infringing activities. Netgear has been and will continue to be damaged and irreparably harmed by TP-Link's infringing activities. As a result, Netgear is entitled to injunctive relief and damages adequate to compensate it for such infringement, in no event less than a reasonable royalty, in accordance with 35 U.S.C. §§ 271, 281, 283, and 284. The amount of monetary damages TP-Link's acts of infringement have caused to Netgear cannot be determined without an accounting.

145.  The harm to Netgear from TP-Link's ongoing infringing activity is irreparable, continuing, and not fully compensable by money damages, and will continue unless TP-Link's infringing activities are enjoined.

## COUNT V – INFRINGEMENT OF U.S. PATENT NO. 10,327,242

146.  Netgear repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

147.  TP-Link has been and continues to, without Netgear's authority, make,

use, sell, offer for sale, or import products, including without limitation, TP-Link mesh Wi-Fi products supporting TP-Link's Deco mesh and Omada mesh functionality (the "'242 Accused TP-Link Products") that directly infringe one or more claims of the '242 Patent, literally or under the doctrine of equivalents.

148.   On information and belief, the '242 Accused TP-Link Products include at least the following:  TP-Link Deco BE95, Deco BE65, Deco BE85, Deco E3, Deco M3W, Deco M4, Deco M5, Deco M9 Plus, Deco PX50, Deco P9, Deco W2400, Deco W3600, Deco W6000, Deco W7200, Deco X20, Deco XE200, Deco XE75, Deco XE75 Pro, Deco XE5300, Deco X60, Deco X25, Deco X90, Deco X5700, Deco X68, Deco X5400 Pro, Deco X4300 Pro, Deco X3600, Deco X50-Outdoor, Deco X50-PoE, Deco X55, Deco S4, Deco X80-5G; and TP-Link Omada EAP690E HD, Omada EAP670, Omada EAP660, Omada EAP653, Omada EAP650, Omada EAP620, Omada EAP615, Omada EAP610, Omada EAP265, Omada EAP245, Omada EAP235, Omada EAP225, and Omada EAP115.

149.   TP-Link infringes at least one claim of the '242 Patent.  For example, Claim 1 recites:

> 1. A computer-implemented method for roaming implementation in a wireless mesh network formed with one or more mesh points, the method comprising:
>
> causing a wireless link to be established between a first mesh point and a client;
>
> without requiring that the established wireless link to be corrupted or lost, causing a second mesh point to measure a plurality of qualitative parameters indicative of a quality of a potential link between the second mesh point and the client;
>
> causing the plurality of qualitative parameters indicative of the quality of the potential link to be transmitted to a controlling entity of the wireless mesh network;
>
> comparing, by the controlling entity, the quality of the potential link between the second mesh point and the client against a quality of the

established wireless link between the first mesh point and the client;

upon determining that the quality of the potential link exceeds the quality of the established wireless link by a select level, causing the controlling entity to issue one or more instructions resulting in the client roaming from the first mesh point to the second mesh point; and

determining whether the client supports intelligent roaming;

wherein, when the client does not support intelligent roaming, the one or more instructions include a deauthentication or a disassociation frame, with a reason code reflecting a roaming decision by the controlling entity.

Exhibit 5 at Claim 1.

150.  The '242 Accused TP-Link Products and TP-Link's infringing activities violate one or more subsections of 35 U.S.C. § 271.

151.  On information and belief, TP-Link directly infringes in violation of 35 U.S.C. § 271(a) at least Claim 1 of the '242 Patent, literally or under the doctrine of equivalents, by using the '242 Accused TP-Link Products in an infringing manner in the United States, including during TP-Link's testing, developing, or other operation of such products.

152.  TP-Link uses the '242 Accused TP-Link Products in a manner that satisfies each and every limitation of at least Claim 1 of the '242 Patent.

153.  As recited by Claim 1 of the '242 Patent, and to the extent the preamble is limiting, TP-Link uses the '242 Accused TP-Link Products to perform a "computer-implemented method for roaming implementation in a wireless mesh network formed with one or more mesh points."  For example, the '242 Accused TP-Link Products are configured to form a WiFi mesh network with one or more mesh points.

154.  As recited by Claim 1 of the '242 Patent, TP-Link uses the '242 Accused TP-Link Products to "caus[e] a wireless link to be established between a first mesh point and a client."  For example, the '242 Accused TP-Link Products,

1  such as the TP-Link Deco X90, establish connections with client devices in the mesh

2  network.



3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18  *See e.g., Deco X90 User Manual* (https://static.tp-

19  link.com/2020/202011/20201126/1910012843_Deco%20X90&Deco%20X5700_
    UG_V1.pdf), last accessed March 31, 2023.

20      155.   As further recited by Claim 1 of the '242 Patent, the '242 Accused

21  TP-Link Products "without requiring that the established wireless link to be

22  corrupted or lost, caus[e] a second mesh point to measure a plurality of qualitative

23  parameters indicative of a quality of a potential link between the second mesh point

24  and the client" and "caus[e] the plurality of qualitative parameters indicative of the

25  quality of the potential link to be transmitted to a controlling entity of the wireless

26  mesh network."   For example, the '242 Accused TP-Link Products, such as the

27  TP-Link Deco X90, report various statuses and details of all access points and

28  devices within the mesh to facilitate the roaming and routing of client devices and

1    client traffic.



*See e.g., Deco X90 User Manual* (https://static.tp-link.com/2020/202011/20201126/1910012843_Deco%20X90&Deco%20X5700_UG_V1.pdf), last accessed March 31, 2023.

## True Seamless Roaming

Deco units work together to form one unified network. Your phone or tablet automatically connects to the fastest Deco as you move through your home, creating a truly seamless online experience. Support for IEEE 802.11r as well as 802.11k/v mean switching from one Deco to another is so smooth it's unnoticeable - even during streaming.

*See e.g., TP-Link Mesh Page* (https://www.tp-link.com/us/mesh/), last accessed March 31, 2023.

802.11k, 802.11v and 802.11r are all standards designed to create a more seamless roaming experience for wireless clients.

With 802.11k, the AP can respond to Wi-Fi clients' Neighbor Report request, let them understand the RF environment around them better.  As a result, it helps them select a stronger signal, decrease the time used to scan the surrounding Wi-Fi, and have a better roaming.

With 802.11v, the AP will not only respond to Wi-Fi clients' Neighbor Report request, but also evaluate the client connection quality, and direct the

wireless clients to roam to be best AP which will provide a better WLAN experience, thus to balance the load among the APs.

With 802.11r, the time for wireless authentication will be reduced, it's suitable for WPA2-PSK and WPA2-Enterprise encryption method."

*See e.g., TP-Link "What is Fast Roaming of TP-Link Business Wi-Fi Products?" FAQ Page* (https://www.tp-link.com/us/support/faq/2097/), last accessed March 31, 2023 (emphasis added).

## AI-Roaming: Always Learning

As a smart upgrade to common roaming, AI-Roaming keeps a close watch on the signal strength of your devices. After self-learning the actual network conditions influencing your Wi-Fi performance, AI-Roaming helps your devices seamlessly switch to another source when necessary to constantly create optimal connections.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## Ideal Wi-Fi Unique to Your Home

Traditional mesh provides an uninterrupted streaming experience as you move throughout your signal coverage area. However, your network conditions can still be undermined by many other factors in a real environment, such as your router's placement, some thick walls, or even a microwave. Armed with AI-Driven Mesh Technology, Deco automatically learns the network environment, client quality, and user behaviors in your home. With sophisticated, multifactored algorithms, Deco customizes an ideal mesh Wi-Fi solution unique to your home.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## Connect to the Optimal Deco

AI-Roaming guides your device connections to the optimal Deco according to the loading conditions of each node to efficiently utilize your network bandwidth.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## A Customized Mesh Solution

How a mesh network is internally bridged directly affects your Wi-Fi performance. AI-Driven Mesh comprehensively weighs factors that influence your Wi-Fi, all while establishing a mesh network. These factors include the number of your mesh nodes, their product types, and how they connect with each other. After analyzing all of these, AI-Driven Mesh custom creates the ideal mesh Wi-Fi solution for you.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

156.   As further recited by Claim 1 of the '242 Patent, TP-Link uses the '242 Accused TP-Link Products to "compar[e], by the controlling entity, the quality of the potential link between the second mesh point and the client against a quality of the established wireless link between the first mesh point and the client" and "upon determining that the quality of the potential link exceeds the quality of the established wireless link by a select level, caus[e] the controlling entity to issue one or more instructions resulting in the client roaming from the first mesh point to the second mesh point."  For example, the '242 Accused TP-Link Products, such as the TP-Link Deco X90, compare the signals between the client and multiple access points that the client could connect to and "automatically connect[] to the fastest Deco as you move through your home."  (*See e.g.,*   https://www.tp-link.com/us/mesh/, last accessed March 31, 2023).



AI-Driven Mesh

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023 (annotated).

## AI-Roaming: Always Learning

As a smart upgrade to common roaming, AI-Roaming keeps a close watch on the signal strength of your devices. After self-learning the actual network conditions influencing your Wi-Fi performance, AI-Roaming helps your devices seamlessly switch to another source when necessary to constantly create optimal connections.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## Ideal Wi-Fi Unique to Your Home

Traditional mesh provides an uninterrupted streaming experience as you move throughout your signal coverage area. However, your network conditions can still be undermined by many other factors in a real environment, such as your router's placement, some thick walls, or even a microwave. Armed with AI-Driven Mesh Technology, Deco automatically learns the network environment, client quality, and user behaviors in your home. With sophisticated, multifactored algorithms, Deco customizes an ideal mesh Wi-Fi solution unique to your home.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## Connect to the Optimal Deco

AI-Roaming guides your device connections to the optimal Deco according to the loading conditions of each node to efficiently utilize your network bandwidth.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## A Customized Mesh Solution

How a mesh network is internally bridged directly affects your Wi-Fi performance. AI-Driven Mesh comprehensively weighs factors that influence your Wi-Fi, all while establishing a mesh network. These factors include the number of your mesh nodes, their product types, and how they connect with each other. After analyzing all of these, AI-Driven Mesh custom creates the ideal mesh Wi-Fi solution for you.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

**Why does the satellite Deco still keep selecting the main Deco as a signal source instead of the nearest satellite Deco?**

**Deco will choose the best signal source by itself.  The selection does not depend absolutely on the signal strength, but also on the connection rate.**  Sometimes satellite Deco units may get slower speed due to half-duplex mode and interferences caused by connected devices like phones, or

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

other devices.  To ensure the satellite Deco gets reliable speed, the main Deco stays selected by Satellite Deco after comparative analysis.

*See e.g., TP-Link "Manual Signal Source Selection on Deco" Forum Post* (https://community.tp-link.com/en/home/forum/topic/276958), last accessed March 31, 2023 (emphasis added).

157.   Finally, as further recited by Claim 1 of the '242 Patent, TP-Link uses the '242 Accused TP-Link Products to "determin[e] whether the client supports intelligent roaming" and "wherein, when the client does not support intelligent roaming, the one or more instructions include a deauthentication or a disassociation frame, with a reason code reflecting a roaming decision by the controlling entity." For example, the '242 Accused TP-Link Products will cause client devices to roam if the products determine that a client device is not roaming from one access point to another access point, such as a client device that does not support roaming, when the '242 Accused TP-Link Products determine that roaming should occur.

Force-disassociation    The controller dynamically monitors the link quality of every associated client. When the client's current link quality drops below the predefined threshold and there are some other APs with better signal, the current AP issues an 11v roaming suggestion to the client.

With Force-disassociation disabled, the AP only issues a roaming suggestion, but whether to roam or not is determined by the client.

With Force-disassociation enabled, the AP not only issues a roaming suggestion but also disassociates the client after a while. Thus the client is supported to re-associate to a better AP. This function is recommended when there are sticky clients that don't roam.

*See e.g., TP-Link Configure WLAN for EAP via Omada Controller Manual* (https://static.tp-link.com/2021/202105/20210518/Configure%20WLAN%20for%20EAP%20via%20Omada%20Controler.pdf), last accessed March 31, 2023.

158.   Testing of TP-Link Deco products confirm that '242 Accused TP-Link Products have this infringing functionality.  For example, the '242 Accused TP-Link Products, such as the TP-Link Deco X90, will cause client devices to roam between mesh nodes, even for legacy devices that to not support 802.11 roaming procedures. When this roaming occurs, the client devices receive a disassociation frame that

inherently includes a reason code reflecting the roaming decision by the '242 Accused TP-Link Products.



Testing of a TP-Link Deco X90 Mesh System.

Testing of a TP-Link Deco X90 Mesh System.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY



Testing of a TP-Link Deco X90 Mesh System.

159.   The above examples of how TP-Link products directly infringe Claim 1 of the '242 Patent are non-limiting and based on information currently available to Netgear.  In particular, additional or different aspects of TP-Link products may be identified that meet the limitations of Claim 1 of the '242 Patent, additional claims of the '242 Patent may be determined to be infringed, and additional TP-Link products may be identified as infringing once additional non-public information is provided through the course of discovery.

160.   TP-Link has had knowledge of the '242 Patent and has been aware that the '242 Accused TP-Link Products infringe one or more claims of the '242 Patent

1   since at least as early as the filing date of this Complaint.

2   161.   On information and belief, in violation of 35 U.S.C. § 271(b), literally
3   or under the doctrine of equivalents, TP-Link knowingly and intentionally induces
4   infringement of one or more claims of the '242 Patent, including at least Claim 1, by
5   encouraging, instructing, and aiding one or more persons in the United States,
6   including but not limited to end users, customers, and TP-Link employees who test
7   and operate '242 Accused TP-Link Products at the direction of TP-Link, to make,
8   use (including testing those devices and methods), sell, or offer to sell one or more
9   of the '242 Accused TP-Link Products, during or after such article's importation into
10  the United States, in a manner that infringes the '242 Patent.  On information and
11  belief, TP-Link was aware of the '242 Patent or acted with willful blindness as to its
12  existence since at least the filing of Netgear's parallel ITC complaint alleging
13  infringement of the '242 Patent and/or the filing of this Complaint.  On information
14  and belief, TP-Link knew or should have known that its encouraging, instructing,
15  and aiding of users of one or more of the Accused Products in the United States in a
16  manner that infringes the '242 Patent, including but not limited to end users,
17  customers, and TP-Link employees who test and operate Accused Products at the
18  direction of TP-Link, to make, use (including testing those devices and methods),
19  sell, or offer to sell one or more of the '242 Accused TP-Link Products, during or
20  after such article's importation into the United States, would result in direct
21  infringement and intended to cause those acts which constitute that direct
22  infringement.

23  162.   For example, TP-Link provides significant support and documentation,
24  such as manuals, guides, webpages, and videos that promote, instruct, and encourage
25  use of the '242 Accused TP-Link Products in the infringing manner.  (*See e.g.*,
26  https://www.tp-link.com/us/support/download/, last accessed March 31, 2023).
27  Through its webpages, manuals, and other documentation promoting its products'
28  infringing specialized mesh network roaming functionality, TP-Link encourages and

instructs its customers to use its products in a manner that infringes the '242 Patent:

# Frequently Asked Questions.

Mesh WiFi is a Home WiFi system built to eliminate dead zones and to provide uninterrupted WiFi throughout your home. Deco WiFi, the best WiFi router that provides easy setup, no WiFi disconnections, and whole home coverage. Learn more about mesh WiFi and which Deco routers are best for your home.

---

What is Mesh WiFi? ⌄

How does Mesh WiFi work? ⌃

Mesh uses several Deco units and TP-Link's Mesh Technology to blanket your entire home while only needing one name and password to connect. TP-Link Mesh Technology will automatically switch your devices to the best mesh node and WiFi band as you move throughout your home, so you never lose connection and your speeds stay fast.

*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.



*See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi/), last accessed March 31, 2023.

## True Seamless Roaming

Deco units work together to form one unified network. Your phone or tablet automatically connects to the fastest Deco as you move through your home, creating a truly seamless online experience. Support for IEEE 802.11r as well as 802.11k/v mean switching from one Deco to another is so smooth it's unnoticeable - even during streaming.

*See e.g., TP-Link Mesh Page* (https://www.tp-link.com/us/mesh/), last accessed March 31, 2023.

## AI-Roaming: Always Learning

As a smart upgrade to common roaming, AI-Roaming keeps a close watch on the signal strength of your devices. After self-learning the actual network conditions influencing your Wi-Fi performance, AI-Roaming helps your devices seamlessly switch to another source when necessary to constantly create optimal connections.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

163.    Additionally, TP-Link induces infringement of the '242 Patent by their customers by configuring the '242 Accused TP-Link Products to operate in a manner that TP-Link knows infringes at least Claim 1 of the '242 Patent.  TP-Link further provides its customers with all the requisite hardware, software, documentation, and instructions to operate the '242 Accused TP-Link Products in the infringing manner. For example, TP-Link provides the '242 Accused TP-Link Products to customers and encourage and instructs those customers to use the TP-Link products together with other TP-Link mesh networking devices and client devices, such as mobile phones and laptops, in a manner that infringes the '242 Patent:

**7. Connect to your Wi-Fi network**

Connect your devices to the Deco's Wi-Fi to continue the setup.

**8. Setup complete**

Your Deco network is now up. Connect all devices to the Deco network for better connections.

**9. Add more Decos**

Plug in the other included Deco units, and these Deco units will be automatically added to the network within 2 minutes.

  

*See e.g., TP-Link Deco X90 User Manual* (https://static.tp-link.com/2020/202011/20201126/1910012843_Deco%20X90&Deco%20X5700_UG_V1.pdf), last accessed March 31, 2023.

*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.

164.   Through the above acts, TP-Link encourages and instructs its customers to use its products in a manner that infringes the '242 Patent, including at least Claim 1.

165.   On information and belief, in violation of 35 U.S.C. §271(c), literally or under the doctrine of equivalents,  TP-Link has contributorily infringed and continues to contributes to the infringement of one or more claims of the '242 Patent by offering to sell or selling and/or importing a patented component, constituting a material part of the invention, knowing the same to be especially made or especially adapted  for  use  in  an  infringement  and  not  a  staple  article  or  commodity  of commerce suitable for substantial non-infringing use.  The '242 Accused TP-Link

Products are a material part of practicing at least the methods of Claim 1 of the '242 Patent, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the '242 Accused TP-Link Products are specifically designed and intended to facilitate roaming by causing a second access point to measure multiple quality connection parameters and send roaming instruction to client devices tailored to each device's capabilities, providing more efficient and effective roaming methods, ultimately resulting in better connection quality and therefore higher speeds for end users.

166.   TP-Link actively markets and sells the '242 Accused TP-Link Products to customers across the United States, including in this District.

167.   The '242 Accused TP-Link Products are also available for purchase on websites managed, operated, or controlled by TP-Link.  TP-Link offers to ship the '242 Accused TP-Link Products to any location in the United States, including in this District.

168.   On information and belief, TP-Link has profited from and will continue to profit from its infringing activities.  Netgear has been and will continue to be damaged and irreparably harmed by TP-Link's infringing activities.  As a result, Netgear is entitled to injunctive relief and damages adequate to compensate it for such infringement, in no event less than a reasonable royalty, in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.  The amount of monetary damages TP-Link's acts of infringement have caused to Netgear cannot be determined without an accounting.

169.   The harm to Netgear from TP-Link's ongoing infringing activity is irreparable, continuing, and not fully compensable by money damages, and will continue unless TP-Link's infringing activities are enjoined.

## **COUNT VI – INFRINGEMENT OF U.S. PATENT NO. 10,356,681**

170.   Netgear repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

171.   TP-Link has been and continues to, without Netgear's authority, make, use, sell, offer for sale, or import products, including without limitation, TP-Link mesh Wi-Fi products supporting TP-Link's Deco mesh and Omada mesh functionality and dedicated backhaul functionality (the "'681 Accused TP-Link Products") that directly infringe one or more claims of the '681 Patent, literally or under the doctrine of equivalents.

172.   On information and belief, the '681 Accused TP-Link Products include at least the following:  Deco BE95, Deco BE65, Deco BE85, Deco M9 Plus, Deco W7200, Deco XE200, Deco XE75, Deco XE75 Pro, Deco XE5300, Deco X90, Deco X5700, Deco X68, Deco X3600, and Omada EAP690E HD.

173.   TP-Link infringes at least one claim of the '681 Patent.  For example, Claim 3 recites:

3. A method for effecting client roaming in a distributed multi-band wireless networking system, comprising:

wirelessly interconnecting a plurality of wireless networking devices via a wireless channel which is dedicated for communications between said wireless networking devices;

said interconnected wireless networking devices collectively comprising a single, multi-band wireless network providing broad coverage to said client devices; and

said multi-band wireless network dynamically optimizing wireless connections to said client devices by comparing signals received from said client devices at said wireless networking devices and making decisions to switch a client from one wireless networking device to another wireless networking device;

wherein said decision to switch said client is made for said client by said multi-band wireless network independently of said client;

said decision at said wireless networking devices to switch a client from one wireless networking device to another wireless networking device further comprising:

said multi-band wireless network operating a first one or more of said

wireless network devices in a monitor mode for legacy clients with wireless network devices on a same channel;

said multi-band wireless network operating a second one or more of said wireless network devices in a sniffing mode to detect said clients;

said wireless network devices coordinating their operation with each other via said wireless channel which is dedicated for communications between said wireless networking devices;

said multi-band wireless network determining when a wireless network device other than a wireless network device currently in communication with said client is better suited to handle a client by a predetermined margin; and

said multi-band wireless network triggering roaming when a wireless network device other than a wireless network device currently in communication with said client is determined better suited to handle said client.

Exhibit 6 at Claim 3.

174.   The '681 Accused TP-Link Products and TP-Link's infringing activities violate one or more subsections of 35 U.S.C. § 271.

175.   On information and belief, TP-Link directly infringes in violation of 35 U.S.C. § 271(a) at least Claim 3 of the '681 Patent, literally or under the doctrine of equivalents, by using the '681 Accused TP-Link Products in an infringing manner in the United States, including during TP-Link's testing, developing, or other operation of such products.

176.   TP-Link uses the '681 Accused TP-Link Products in a manner that satisfies each and every limitation of at least Claim 3 of the '681 Patent.

177.   As recited by Claim 3 of the '681 Patent, and to the extent the preamble is limiting, the '681 Accused TP-Link Products perform a "method for effecting client roaming in a distributed multi-band wireless networking system."   For example, the '681 Accused TP-Link Products are configured to form a multi-band WiFi mesh network with one or more mesh points for the reasons discussed below.

178.   As recited by Claim 3 of the '681 Patent, TP-Link uses the '681 Accused TP-Link Products to "wirelessly interconnect[] a plurality of wireless networking devices via a wireless channel which is dedicated for communications between said wireless networking devices."   For example, the '681 Accused TP-Link Products, such as the TP-Link Deco X90, are wirelessly interconnected by a dedicated backhaul channel used for communications between other mesh nodes, such as other '681 Accused TP-Link Products.



*See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90), last accessed March 31, 2023.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



*See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi/), last accessed March 31, 2023.

179.   As further recited by Claim 3 of the '681 Patent, TP-Link uses the '681 Accused TP-Link Products to "collectively compris[e] a single, multi-band wireless network providing broad coverage to said client devices."  For example, the '681 Accused TP-Link Products, such as the TP-Link Deco X90, are capable of providing a single, multi-band mesh network that provides broad coverage to multiple client devices.

1
2
3
4
5
6
7
8
9
10
11



12  *See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90), last accessed March 31, 2023.

13
14
15
16
17
18
19
20

## AI-Driven Mesh: Always Learning, Constantly Optimizing

Armed with AI-Driven Mesh, Deco X90 delivers smart WiFi that follows you wherever you are, without interruption. It automatically learns your network environment, client quality, and user behaviors. Sophisticated algorithms account for various factors so that Deco X90 provides ideal mesh WiFi, unique to your home. Walk through your home and enjoy seamless streaming at the fastest possible speeds.*



21
22  *See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90), last accessed March 31, 2023.

23
24
25
26
27
28

## Wireless

· **Wireless Standards:** IEEE 802.11a/n/ac/ax 5 GHz,
  IEEE 802.11b/g/n/ax 2.4 GHz

· **Mesh protocol:** 802.11k/v/r

· **Frequency:** 2.4 GHz and 5 GHz

· **Signal Rate:** 4804 Mbps on 5 GHz (1)  + 1201 Mbps on 5 GHz (2) + 574
  Mbps on 2.4 GHz†

· **Transmit Power:**  FCC: <30 dBm(2.4 GHz), <30 dBm(5 GHz)
  CE: <20 dBm (2.4 GHz), <30 dBm (5 GHz)

· **Wireless Security:** WPA/WPA2-PSK/WPA3 encryptions

*See e.g., Deco X90 Datasheet* (https://static.tp-link.com/2020/202010/20201021/Deco%20X90%201.0_Datasheet.pdf), last accessed March 31, 2023.



*See e.g., Deco X90 User Manual* (https://static.tp-link.com/2020/202010/20201021/Deco%20X90%201.0_Datasheet.pdf), last accessed March 31, 2023.

180.   As further recited by Claim 3 of the '681 Patent, TP-Link uses the '681 Accused TP-Link Products to "dynamically optimiz[e] wireless connections to said client devices by comparing signals received from said client devices at said wireless networking devices and making decisions to switch a client from one wireless

networking device to another wireless networking device."  For example, the '681
Accused TP-Link Products, such as the TP-Link Deco X90, report various statuses
and details of all access points and devices within the mesh network to facilitate the
roaming and routing of client devices and client traffic.



*See e.g., Deco X90 User Manual* (https://static.tp-
link.com/2020/202011/20201126/1910012843_Deco%20X90&Deco%20X5700_
UG_V1.pdf), last accessed March 31, 2023.

## True Seamless Roaming

Deco units work together to form one unified network. Your phone or tablet automatically connects to the fastest Deco as you
move through your home, creating a truly seamless online experience. Support for IEEE 802.11r as well as 802.11k/v mean
switching from one Deco to another is so smooth it's unnoticeable - even during streaming.

*See e.g., TP-Link Mesh Page* (https://www.tp-link.com/us/mesh/), last accessed
March 31, 2023.

802.11k, 802.11v and 802.11r are all standards designed to create a more
seamless roaming experience for wireless clients.

With 802.11k, the AP can respond to Wi-Fi clients' Neighbor Report
request, let them understand the RF environment around them better.  As a
result, it helps them select a stronger signal, decrease the time used to scan
the surrounding Wi-Fi, and have a better roaming.

With 802.11v, the AP will not only respond to Wi-Fi clients' Neighbor Report request, but also evaluate the client connection quality, and direct the wireless clients to roam to be best AP which will provide a better WLAN experience, thus to balance the load among the APs.

With 802.11r, the time for wireless authentication will be reduced, it's suitable for WPA2-PSK and WPA2-Enterprise encryption method."

*See e.g., TP-Link "What is Fast Roaming of TP-Link Business Wi-Fi Products?" FAQ Page* (https://www.tp-link.com/us/support/faq/2097/), last accessed March 31, 2023 (emphasis added).

## AI-Roaming: Always Learning

As a smart upgrade to common roaming, AI-Roaming keeps a close watch on the signal strength of your devices. After self-learning the actual network conditions influencing your Wi-Fi performance, AI-Roaming helps your devices seamlessly switch to another source when necessary to constantly create optimal connections.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## Ideal Wi-Fi Unique to Your Home

Traditional mesh provides an uninterrupted streaming experience as you move throughout your signal coverage area. However, your network conditions can still be undermined by many other factors in a real environment, such as your router's placement, some thick walls, or even a microwave. Armed with AI-Driven Mesh Technology, Deco automatically learns the network environment, client quality, and user behaviors in your home. With sophisticated, multifactored algorithms, Deco customizes an ideal mesh Wi-Fi solution unique to your home.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## Connect to the Optimal Deco

AI-Roaming guides your device connections to the optimal Deco according to the loading conditions of each node to efficiently utilize your network bandwidth.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## A Customized Mesh Solution

How a mesh network is internally bridged directly affects your Wi-Fi performance. AI-Driven Mesh comprehensively weighs factors that influence your Wi-Fi, all while establishing a mesh network. These factors include the number of your mesh nodes, their product types, and how they connect with each other. After analyzing all of these, AI-Driven Mesh custom creates the ideal mesh Wi-Fi solution for you.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

181.   As further recited by Claim 3 of the '681 Patent, TP-Link uses the '681 Accused TP-Link Products to make decisions to switch a client device from one networking device to another networking device "wherein said decision to switch said client is made for said client by said multi-band wireless network independently of said client."  For example, the '681 Accused TP-Link Products will cause client devices to roam if the products determine that a client device is not roaming from one access point to another access point, such as a client device that does not support roaming, when the '681 Accused TP-Link Products determine that roaming should occur.

Force-disassociation   The controller dynamically monitors the link quality of every associated client. When the client's current link quality drops below the predefined threshold and there are some other APs with better signal, the current AP issues an 11v roaming suggestion to the client.

With Force-disassociation disabled, the AP only issues a roaming suggestion, but whether to roam or not is determined by the client.

With Force-disassociation enabled, the AP not only issues a roaming suggestion but also disassociates the client after a while. Thus the client is supported to re-associate to a better AP. This function is recommended when there are sticky clients that don't roam.

*See e.g., TP-Link Configure WLAN for EAP via Omada Controller Manual* (https://static.tp-link.com/2021/202105/20210518/Configure%20WLAN%20for%20EAP%20via%20Omada%20Controler.pdf), last accessed March 31, 2023.

182.   Testing of TP-Link Deco products confirm that '681 Accused TP-Link Products have this infringing functionality.  For example, the '681 Accused TP-Link Products, such as the TP-Link Deco X90, will detect clients devices that are not intelligently roaming in the mesh network and cause said client devices to roam

between mesh nodes, even for legacy devices that to not support 802.11 roaming procedures.



Testing of a TP-Link Deco X90 Mesh System.

Testing of a TP-Link Deco X90 Mesh System.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY



Testing of a TP-Link Deco X90 Mesh System.

183.   As further recited by Claim 3 of the '681 Patent, TP-Link uses the '681 Accused TP-Link Products to "operat[e] a first one or more of said wireless network devices in a monitor mode for legacy clients with wireless network devices on a same channel" and "operat[e] a second one or more of said wireless network devices in a sniffing mode to detect said clients."  For example, as shown from the testing above, the '681 Accused TP-Link Products, such as the TP-Link Deco X90, detect clients devices that are not intelligently roaming in the mesh network and cause said client devices to roam between mesh nodes, even for legacy devices that to not support 802.11 roaming procedures.

184.   As further recited by Claim 3 of the '681 Patent, TP-Link uses the '681

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Accused TP-Link Products to "coordinat[e] their operation with each other via [the] wireless channel which is dedicated for communications between said wireless networking devices." For example, as shown from the testing above, the '681 Accused TP-Link Products, such as the TP-Link Deco X90, are configured to communicate with other mesh access points, such as other '681 Accused TP-Link Products, over a dedicated backhaul communication links between the access points.



*See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90), last accessed March 31, 2023.

## AI-Driven Mesh: Always Learning, Constantly Optimizing

Armed with AI-Driven Mesh, Deco X90 delivers smart WiFi that follows you wherever you are, without interruption. It automatically learns your network environment, client quality, and user behaviors. Sophisticated algorithms account for various factors so that Deco X90 provides ideal mesh WiFi, unique to your home. Walk through your home and enjoy seamless streaming at the fastest possible speeds.*



LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

*See e.g., Deco X90 Product Page* (https://www.tp-link.com/us/deco-mesh-wifi/product-family/deco-x90), last accessed March 31, 2023.

185.   Finally, as further recited by Claim 3 of the '681 Patent, TP-Link uses the '681 Accused TP-Link Products to perform "determine[e] when a wireless network device other than a wireless network device currently in communication with said client is better suited to handle a client by a predetermined margin" "trigger[] roaming when a wireless network device other than a wireless network device currently in communication with said client is determined better suited to handle said client."  For example, as discussed above, the '681 Accused TP-Link Products, such as the TP-Link Deco X90, will determine when a client device should roam due to a predetermined margin and trigger the client device to roam to the superior access point.



AI-Driven Mesh

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023 (annotated).

## AI-Roaming: Always Learning

As a smart upgrade to common roaming, AI-Roaming keeps a close watch on the signal strength of your devices. After self-learning the actual network conditions influencing your Wi-Fi performance, AI-Roaming helps your devices seamlessly switch to another source when necessary to constantly create optimal connections.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## Ideal Wi-Fi Unique to Your Home

Traditional mesh provides an uninterrupted streaming experience as you move throughout your signal coverage area. However, your network conditions can still be undermined by many other factors in a real environment, such as your router's placement, some thick walls, or even a microwave. Armed with AI-Driven Mesh Technology, Deco automatically learns the network environment, client quality, and user behaviors in your home. With sophisticated, multifactored algorithms, Deco customizes an ideal mesh Wi-Fi solution unique to your home.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## Connect to the Optimal Deco

AI-Roaming guides your device connections to the optimal Deco according to the loading conditions of each node to efficiently utilize your network bandwidth.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

## A Customized Mesh Solution

How a mesh network is internally bridged directly affects your Wi-Fi performance. AI-Driven Mesh comprehensively weighs factors that influence your Wi-Fi, all while establishing a mesh network. These factors include the number of your mesh nodes, their product types, and how they connect with each other. After analyzing all of these, AI-Driven Mesh custom creates the ideal mesh Wi-Fi solution for you.

*See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-driven-mesh/), last accessed March 31, 2023.

**Why does the satellite Deco still keep selecting the main Deco as a signal source instead of the nearest satellite Deco?**

**Deco will choose the best signal source by itself.  The selection does not depend absolutely on the signal strength, but also on the connection rate.**  Sometimes satellite Deco units may get slower speed due to half-duplex mode and interferences caused by connected devices like phones, or other devices.  To ensure the satellite Deco gets reliable speed, the main Deco stays selected by Satellite Deco after comparative analysis.

*See e.g., TP-Link "Manual Signal Source Selection on Deco" Forum Post* (https://community.tp-link.com/en/home/forum/topic/276958), last accessed March 31, 2023.

186.    The above examples of how TP-Link products directly infringe Claim 3 of the '681 Patent are non-limiting and based on information currently available to Netgear.  In particular, additional or different aspects of TP-Link products may be identified that meet the limitations of Claim 3 of the '681 Patent, additional claims of the '681 Patent may be determined to be infringed, and additional TP-Link products may be identified as infringing once additional non-public information is provided through the course of discovery.

187.    TP-Link has had knowledge of the '681 Patent and has been aware that the '681 Accused TP-Link Products infringe one or more claims of the '681 Patent since at least as early as the filing date of this Complaint.

188.    On information and belief, in violation of 35 U.S.C. § 271(b), literally or under the doctrine of equivalents, TP-Link knowingly and intentionally induces infringement of one or more claims of the '681 Patent, including at least Claim 3, by encouraging, instructing, and aiding one or more persons in the United States, including but not limited to end users, customers, and TP-Link employees who test and operate Accused Products at the direction of TP-Link, to make, use (including testing those devices and methods), sell, or offer to sell one or more of the '681 Accused TP-Link Products, during or after such article's importation into the United States, in a manner that infringes the '681 Patent.  On information and belief, TP-Link was aware of the '681 Patent or acted with willful blindness as to its existence since at least the filing of Netgear's parallel ITC complaints alleging infringement of the '681 Patent and/or the filing of this Complaint.  On information and belief, TP-Link knew or should have known that it's encouraging, instructing, and aiding of users of one or more of the '681 Accused TP-Link Products in the United States in a manner that infringes the '681 Patent, including but not limited to

end users, customers, and TP-Link employees who test and operate Accused Products at the direction of TP-Link, to make, use (including testing those devices and methods), sell, or offer to sell one or more of the '681 Accused TP-Link Products, during or after such article's importation into the United States, would result in direct infringement and intended to cause those acts which constitute that direct infringement.

189.   For example, TP-Link provides significant support and documentation, such as manuals, guides, webpages, and videos that promote, instruct, and encourage use of the '681 Accused TP-Link Products in an infringing manner.  (*See e.g.*, https://www.tp-link.com/us/support/download/, last accessed March 31, 2023). Through its webpages, manuals, and other documentation promoting its products' infringing specialized mesh network roaming and dedicated backhaul functionality, TP-Link encourages and instructs its customers to use its products in a manner that infringes the '681 Patent:



## Frequently Asked Questions.

Mesh WiFi is a Home WiFi system built to eliminate dead zones and to provide uninterrupted WiFi throughout your home. Deco WiFi, the best WiFi router that provides easy setup, no WiFi disconnections, and whole home coverage. Learn more about mesh WiFi and which Deco routers are best for your home.

What is Mesh WiFi?                                                    ⌄

How does Mesh WiFi work?                                              ⌃

Mesh uses several Deco units and TP-Link's Mesh Technology to blanket your entire home while only needing one name and password to connect. TP-Link Mesh Technology will automatically switch your devices to the best mesh node and WiFi band as you move throughout your home, so you never lose connection and your speeds stay fast.

*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.

1
2
3
4
5
6
7
8
9
10
11
12



13   *See e.g., TP-Link Mesh WiFi Page* (https://www.tp-link.com/us/mesh-wifi/), last
14   accessed March 31, 2023.

### True Seamless Roaming

Deco units work together to form one unified network. Your phone or tablet automatically connects to the fastest Deco as you
move through your home, creating a truly seamless online experience. Support for IEEE 802.11r as well as 802.11k/v mean
switching from one Deco to another is so smooth it's unnoticeable - even during streaming.

19   *See e.g., TP-Link Mesh Page* (https://www.tp-link.com/us/mesh/), last accessed
20   March 31, 2023.

### AI-Roaming: Always Learning

As a smart upgrade to common roaming, AI-Roaming keeps a close watch on the signal strength of your devices. After self-learning the actual network
conditions influencing your Wi-Fi performance, AI-Roaming helps your devices seamlessly switch to another source when necessary to constantly create
optimal connections.

24   *See e.g., TP-Link AI Driven Mesh Page* (https://www.tp-link.com/us/mesh/ai-
25   driven-mesh/), last accessed March 31, 2023.

26       190.   Additionally, TP-Link induces infringement of the '681 Patent by their

27   customers by configuring the '681 Accused TP-Link Products to operate in a manner

28   that TP-Link knows infringes at least Claim 3 of the '681 Patent.  TP-Link further

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

provides its customers with all the requisite hardware, software, documentation, and instructions to operate the '681 Accused TP-Link Products in the infringing manner:




*See e.g., TP-Link Deco X90 User Manual* (https://static.tp-link.com/2020/202011/20201126/1910012843_Deco%20X90&Deco%20X5700_UG_V1.pdf), last accessed March 31, 2023.

*See e.g., TP-Link Deco Mesh Products Page* (https://www.tp-link.com/us/deco-mesh-wifi/), last accessed March 31, 2023.

191.   Through the above acts, TP-Link encourages and instructs its customers to use its products in a manner that infringes the '681 Patent, including at least Claim 3.

192.   On information and belief, in violation of 35 U.S.C. §271(c), literally or under the doctrine of equivalents, TP-Link has contributorily infringed and continues to contributes to the infringement of one or more claims of the '681 Patent by offering to sell or selling and/or importing a patented component, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement and not a staple article or commodity of commerce suitable for substantial non-infringing use.  The '681 Accused TP-Link

Products are a material part of practicing at least the methods of Claim 3 of the '681 Patent, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner. For example, the '681 Accused TP-Link Products are specifically designed and intended to facilitate roaming over a dedicated backhaul connection by causing a second access point to measure multiple quality connection parameters and send roaming instruction to client devices tailored to each device's capabilities, providing more efficient and effective roaming methods, ultimately resulting in better connection quality and therefore higher speeds for end users.

193. TP-Link actively markets and sells the '681 Accused TP-Link Products to customers across the United States, including in this District.

194. The '681 Accused TP-Link Products are also available for purchase on websites managed, operated, or controlled by TP-Link. TP-Link offers to ship the '681 Accused TP-Link Products to any location in the United States, including in this District.

195. On information and belief, TP-Link has profited from and will continue to profit from its infringing activities. Netgear has been and will continue to be damaged and irreparably harmed by TP-Link's infringing activities. As a result, Netgear is entitled to injunctive relief and damages adequate to compensate it for such infringement, in no event less than a reasonable royalty, in accordance with 35 U.S.C. §§ 271, 281, 283, and 284. The amount of monetary damages TP-Link's acts of infringement have caused to Netgear cannot be determined without an accounting.

196. The harm to Netgear from TP-Link's ongoing infringing activity is irreparable, continuing, and not fully compensable by money damages, and will continue unless TP-Link's infringing activities are enjoined.

## **PRAYER FOR RELIEF**

WHEREFORE, Netgear respectfully requests that the Court enter judgment in its favor and against TP-Link on this Complaint as follows:

1. A judgment that TP-Link has infringed and continues to infringe, induce the infringement of, and contribute to the infringement of the '714, '698, '179, '025, '242, and '681 patents under at least 35 U.S.C. §§ 271(a) and (b), and that TP-Link's infringement was willful;

2. A permanent injunction prohibiting TP-Link and its officers, agents, representatives, assigns, licensees, distributors, employees, related entities, and all those acting in privity or acting in concert with them from:

    a. infringing, inducing, or contributing to the infringement of the '714, '698, '179, '025, '242, and '681 Patents; and

    b. soliciting any new business or new customers using any information or materials derived from infringing the '714, '698, '179, '025, '242, and '681 Patents;

3. An award of monetary damages, to be obtained from any and all of TP-Link's assets, sufficient to compensate Netgear for TP-Link's patent infringement, with interest, pursuant to at least 35 U.S.C. § 284;

4. An award of enhanced damages, to be obtained from any and all of TP-Link's assets, or three times the amount found or assessed for TP-Link's willful patent infringement, pursuant to 35 U.S.C. § 284, including prejudgment interest on such damages;

5. An order finding this case exceptional and awarding Netgear its attorneys' fees, to be obtained from any and all of TP-Link's assets, pursuant to 35 U.S.C. § 285, including prejudgment interest on such fees;

6. An accounting and supplemental damages for all damages occurring after the period for which discovery is taken, and after discovery closes, through the Court's decision regarding the imposition of a permanent injunction;

7. An award of Netgear's costs and expenses of this suit as a prevailing party, to be obtained from any and all of TP-Link's assets; and

8. Any other relief that the Court deems just and proper.

1

## **DEMAND FOR JURY TRIAL**

2         Pursuant to Federal Rule of Civil Procedure 38(b), Netgear hereby demands a

3   trial by jury on all issues so triable.

4

5   Dated:  April 4, 2023                          Respectfully submitted,

6                                                  */s/ Kevin C. Wheeler*

7                                                  Kevin C. Wheeler
                                                   Patricia Young
8                                                  Blake R. Davis
                                                   Allison K. Harms
9                                                  Benjamin M. Alred
                                                   **Latham & Watkins LLP**
10                                                 140 Scott Drive
                                                   Menlo Park, CA 94025
11                                                 Phone: (650) 328-4600
                                                   kevin.wheeler@lw.com
12                                                 patricia.young@lw.com
                                                   blake.davis@lw.com
13                                                 allison.harms@lw.com
                                                   ben.alred@lw.com

14

15                                                 *Counsel for Plaintiff Netgear Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28