LATHAM & WATKINS LLP
  Kevin C. Wheeler (Bar No. 261177)
    *kevin.wheeler@lw.com*
  Patricia Young (Bar No. 291265)
    *patricia.young@lw.com*
  Blake R. Davis (Bar No. 294360)
    *blake.davis@lw.com*
  Allison K. Harms (Bar No. 299214)
    *allison.harms@lw.com*
  Benjamin M. Alred (Bar No. 324869)
    *ben.alred@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Fax: +1.650.463.2600

*Attorneys for Plaintiff Netgear, Inc.*

KIRKLAND & ELLIS LLP
Bao Nguyen (Bar No. 198023)
Bao.nguyen@kirkland.com
555 California Street
San Francisco, CA 94104

*Attorneys for Defendants*
TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORP. LTD., TP-LINK USA CORP., and TP-LINK RESEARCH INSTITUTE USA CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETGEAR INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LIMITED, TP-LINK USA CORPORATION, and TP-LINK RESEARCH INSTITUTE USA CORP.<br><br>　　　　Defendants. | CASE NO. 2:23-cv-2540-MCS-AS<br><br>**STIPULATION OF PARTIAL DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff Netgear Inc. ("Netgear") and Defendants TP-Link Technologies Co., Ltd., TP-Link Corporation Limited, TP-Link USA Corporation, and TP-Link Research Institute USA Corp. (collectively "TP-Link" or "Defendants") have resolved a portion of their dispute in this action.

Pursuant to this resolution, the parties hereby stipulate to the dismissal with prejudice of Count IV (Dkt. No. 1, "Infringement of U.S. Patent No. 9,468,025"), Count V (Dkt. No. 1, "Infringement of U.S. Patent No. 10,327,242"), and Count VI (Dkt. No. 1, "Infringement of U.S. Patent No. 10,356,681") of Netgear's Complaint for Patent Infringement. No other Counts or causes of action are dismissed by virtue of this stipulation. Each party shall bear its own costs and fees with respect to Counts IV, V, and VI.

Dated: April 5, 2024        Respectfully submitted,

/s/ Kevin C. Wheeler
_____

Kevin C. Wheeler
Patricia Young
Blake R. Davis
Allison K. Harms
Benjamin M. Alred
**Latham & Watkins LLP**
140 Scott Drive
Menlo Park, CA 94025
Phone: (650) 328-4600
kevin.wheeler@lw.com
patricia.young@lw.com
blake.davis@lw.com
allison.harms@lw.com
ben.alred@lw.com

*Counsel for Plaintiff Netgear Inc.*

Dated: April 5, 2024        Respectfully submitted,
/s/ Bao Nguyen
_____

Bao Nguyen (Bar No. 198023)
Bao.nguyen@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104

*Attorneys for Defendants*
TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORP. LTD., TP-LINK USA CORP., and TP-LINK RESEARCH INSTITUTE USA CORP.

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Kevin C. Wheeler, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: April 5, 2024                                          /s/ Kevin C. Wheeler
                                                              Kevin C. Wheeler