LATHAM & WATKINS LLP
  Kevin C. Wheeler (Bar No. 261177)
   kevin.wheeler@lw.com
  Patricia Young (Bar No. 291265)
   patricia.young@lw.com
  Blake R. Davis (Bar No. 294360)
   blake.davis@lw.com
  Allison K. Harms (Bar No. 299214)
   allison.harms@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Fax: +1.650.463.2600

*Attorneys for Plaintiff Netgear, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETGEAR INC., | CASE NO. 2:23-cv-2540-MCS-AS |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LIMITED, TP-LINK USA CORPORATION, and TP-LINK RESEARCH INSTITUTE USA CORP. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Netgear Inc. hereby dismisses this action with prejudice with respect to TP-Link Technologies Co., Ltd., TP-Link Corporation Limited, TP-Link Systems Inc. f/k/a TP-Link USA Corporation, and TP-Link Research Institute USA Corp. (collectively "Defendants"). Defendants have not yet answered the Complaint or moved for summary judgment.

Dated: September 10, 2024

Respectfully submitted,

/s/ Kevin C. Wheeler

Kevin C. Wheeler
Patricia Young
Blake R. Davis
Allison K. Harms
**Latham & Watkins LLP**
140 Scott Drive
Menlo Park, CA 94025
Phone: (650) 328-4600
kevin.wheeler@lw.com
patricia.young@lw.com
blake.davis@lw.com
allison.harms@lw.com

*Counsel for Plaintiff Netgear Inc.*